IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WACKER DRIVE EXECUTIVE SUITES, LLC, on behalf of itself, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>JONES LANG LASALLE AMERICAS (ILLINOIS), LP,<br><br>        Defendant. | Case No. 1:18-cv-5492<br><br>Judge Andrea R. Wood |

**UNOPPOSED MOTION OF DEFENDANT JONES LANG LASALLE AMERICAS (ILLINOIS), LP, FOR AN EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

    Defendant Jones Land LaSalle Americas (Illinois), LP ("JLL"), by its attorneys, hereby moves for an extension of time to move, answer or otherwise plead in response to plaintiffs' Complaint. In support of its Motion, JLL states as follows:

    1.    On or about August 13, 2018, plaintiff Wacker Drive Executive Suites, LLC filed its Complaint with this Court (the "Complaint"). (Dkt. No. 1.)

    2.    JLL was served with the Summons and Complaint on August 23, 2018, via the Sangamon County Sheriffs Office. (Dkt. No. 10.)

    3.    JLL's response to the Complaint currently is due on September 13, 2018.

    4.    JLL has only recently retained counsel, and counsel has not yet had the opportunity to conduct an investigation into the Complaint. Accordingly, on September 14, 2018, counsel for JLL, Stephanie Sweitzer, contacted plaintiff's counsel to request their agreement to a 30-day extension of time for JLL to respond to the Complaint. Plaintiff's counsel consented to the request for an extension of time.

5. An extension of time to October 15, 2018, will not cause excessive delay in the litigation, nor will it unduly burden the parties.

WHEREFORE, defendant Jones Lang LaSalle Americas (Illinois) LP respectfully requests that this Court grant it an extension of time, up to and including October 15, 2018, to move, answer or otherwise respond to the Complaint.

Dated: September 14, 2018

JONES LANG LASALLE AMERICAS (ILLINOIS) LP

By: */s/ Stephanie L. Sweitzer*
One of Their Attorneys

Scott T. Schutte
Stephanie L. Sweitzer
Kevin F. Gaffney
Heather J. Nelson
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601-5094
+1.312.324.1000

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies the foregoing Unopposed Motion of Defendant Jones Lang LaSalle Americas (Illinois) LP for an Extension of Time to Move, Answer or Otherwise Respond to the Complaint was filed on September 14, 2018 with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

James B. Zouras
Ryan F. Stephan
STEPHAN ZOURAS, LLP
205 N. Michigan Ave., Suite 2560
Chicago, Illinois 60601
Tel: +1.312.233.1550
jzouras@stephanzouras.com
rstephan@stephanzouras.com

Howard Foster
Matthew Galin
FOSTER PC
150 N. Wacker Drive, Suite 2150
Chicago, Illinois 60606
Tel: +1.312.726.1600
hfoster@fosterpc.com
mgalin@fosterpc.com

Aaron Walner
THE WALNER LAW FIRM LLC
555 Skokie Boulevard, Suite 250
Northbrook, Illinois 60062
Tel: +1.312.371.2308
awalner@walnerlawfirm.com
walner@walnerlawfirm.com

*Attorneys for Plaintiff*

*/s/ Stephanie L. Sweitzer*