**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

WACKER DRIVE EXECUTIVE SUITES,
LLC, on behalf of itself, individually, and
on behalf of all others similarly situated,

      Plaintiff,

v.

JONES LANG LASALLE AMERICAS
(ILLINOIS), LP,

      Defendant.

Case No. 1:18-cv-5492

Judge Andrea R. Wood

Magistrate Judge Sheila M. Finnegan

**DEFENDANT JONES LANG LASALLE**
**AMERICAS (ILLINOIS), LP'S MOTION TO DISMISS**

Defendant Jones Lang LaSalle Americas (Illinois), LP ("JLL"), by its attorneys, and

pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss

the Complaint filed by Plaintiff Wacker Drive Executive Suites, LLC ("Plaintiff" or "WDES") in

its entirety. In support of its Motion, JLL incorporates the Memorandum of Law filed herewith,

and states as follows:

1.      Plaintiff's Complaint fails to state a claim upon which relief can be granted under

the Racketeer Influenced and Corrupt Organizations Act ("RICO"). Specifically, Plaintiff alleges

that Defendant conducted a "pattern of racketeering," in violation of 18 U.S.C. § 1962(c) (Count

I), and "conspire[d]" to do so, in violation of 18 U.S.C. § 1962(d) (Count II). Because Plaintiff

fails to allege the predicate violations of other statutes necessary to sustain its RICO claims,

Plaintiff's RICO claims fail as a matter of law and must be dismissed pursuant to Rule 12(b)(6) of

the Federal Rules of Civil Procedure.

2.      Plaintiff's Complaint should also be dismissed for lack of subject-matter

jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure. Plaintiff does not have

Article III standing to assert its claims because Plaintiff's purported injury is not fairly traceable to the actions of JLL, and Plaintiff's purported injury is not redressable by a decision in Plaintiff's favor.

WHEREFORE, JLL respectfully requests that this Honorable Court grant JLL's Motion to Dismiss and enter an Order dismissing all claims in Plaintiff's Complaint with prejudice.

Dated: October 22, 2018

Respectfully submitted,

JONES LANG LASALLE AMERICAS (ILLINOIS), LP

*/s/ Scott T. Schutte*
       One of Its Attorneys

Philip A. Miscimarra
Scott T. Schutte
Stephanie L. Sweitzer
Kevin F. Gaffney
Heather J. Nelson
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Tel: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@moganlewis.com
scott.schutte@morganlewis.com
stephanie.sweitzer@morganlewis.com
kevin.gaffney@morganlewis.com
heather.nelson@morganlewis.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of October 2018, a true and correct copy of the foregoing

document was electronically filed with the Clerk of the Court using the Court's CM/ECF system,

which will send notification to the following attorneys of record for Plaintiff:

Ryan F. Stephan
James B. Zouras
STEPHAN ZOURAS, LLP
205 N. Michigan Ave., Suite 2560
Chicago, Illinois 60601
Tel: +1.312.233.1550
rstephan@stephanzouras.com
jzouras@stephanzouras.com

Howard W. Foster
Matthew A. Galin
FOSTER PC
150 N. Wacker Drive, Suite 2150
Chicago, Illinois 60606
Tel: +1.312.726.1600
hfoster@fosterpc.com
mgalin@fosterpc.com

Aaron R. Walner
THE WALNER LAW FIRM LLC
555 Skokie Boulevard, Suite 250
Northbrook, Illinois 60062
Tel: +1.312.371.2308
awalner@walnerlawfirm.com
walner@walnerlawfirm.com

*Attorneys for Plaintiff*

/s/ Scott T. Schutte
Scott T. Schutte