# Exhibit C

---

## 125 South Wacker Drive
## Rules and Regulations for
## CONTRACTORS & VENDORS AND SERVICE PROVIDERS

---

PLEASE SIGN ON THE BOTTOM OF THE DOCUMENT

This document has been developed by building management of 125 S. Wacker Drive to provide information regarding procedures for the building. The purpose is to facilitate the completion of projects in a timely and safe manner.

As a Contractor, Vendor or Service provider for either Building Management or a Tenant at 125 S. Wacker Drive, you may find that that some of these rules and regulations do not apply to the type of work you are performing. Regardless, per your contract with the Building or the tenant by and thru their lease agreement, you will be held responsible for any and all of the rules and regulations included herein that are applicable to your work.

Cooperation is essential and although not all possible situations can be foreseen, these guidelines deal with general areas of concern. Should any issue, not dealt with herein arise, contact The Office of the Building during regular business hours.

It is expected that the contractor will abide by all applicable codes including but not limited to legal City of Chicago building codes, OSHA, NFPA, and EPA guidelines.

Security for the construction area during construction work is the responsibility of the contractor. This extends to possessions as well as the securing of the area upon completion of the work period. All temporary locking devices are to be provided by the building Chief Engineer, or if provided by the contractor, access must be provided to Management/Engineering. No area of the building may be locked, even on a temporary basis, using a cylinder that is not keyed to the building master.

We expect a contractor working in our building to realize that he and his employees are invited guests and will be expected to exercise good judgment and courtesy at all times. Furthermore, be aware that numerous other businesses are operating within the building simultaneously and building management is committed to providing them with a **quiet, clean, and safe environment.**

***Management reserves the right to halt or delay any work in the building if we determine that the work interferes with our tenant's ability to reasonably conduct their business. All loud noise related work shall be completed prior to 8:00 a.m. or after 6:00 p.m. unless other specific requirements are made by adjoining tenants.***

Any and all work that results in odor causing particulate/generating or noise affecting areas in the building other than the floor under construction, including but not limited to concrete coring or sawing, hammering, drilling, shooting of ceiling hangers, cutting of pipes along the columns or within the concrete slab, *shall be done after regular business hours or on weekends*, or with the prior permission of the building manager. Security measures will be taken if required to assure compliance. Should a building engineer be required, the contractor shall pay the building for the cost of same.

When after-hours work is required, building management and security must be notified no later than 2 hours prior to the close of business on the preceding business day (3 p.m.). Also, arrangements must be made at this time for freight elevator or rubbish removal service. See Contractor After Hours Building Access Authorization Form (page 20, this Section).

Prior to the start of work, the General Contractor must submit the permit, insurance certificates and the names and addresses of all subcontractors, together with the name and telephone number of a contact person for each subcontractor to the Building Manager. Also, the General Contractor must introduce the job superintendent to the Building Manager, Chief Engineer, and Security. See Project Information Sheet.

---

**125 South Wacker Drive**
**Rules and Regulations for**
**CONTRACTORS & VENDORS AND SERVICE PROVIDERS**

---

A current certificate of insurance is required of *all* Tenants, Tenant architects, interior space planners, contractors, subcontractors, and vendors before the commencement of services, **contract requirements supersede the below requirements:**

I.  The Service Contractor shall provide the following minimum insurance coverage:

    A.  Commercial General Liability
        Combined Single Limit- $3,000,000 per occurrence and annual aggregate per location. Such insurance shall be broad form and include, but not be limited to, contractual liability, independent contractor's liability, products and completed operations liability, and personal injury liability. A combination of primary and excess policies may be utilized. Policies shall be primary and noncontributory.

    B.  Worker's Compensation- Statutory Limits

    C.  Employer's Liability
        With minimum liability limits of $1,000,000 bodily injury by accident each accident, $1,000,000 bodily injury by disease policy limit; $1,000,000 bodily injury each employee.

    D.  Commercial Automobile Liability
        Combined Single Limit- $1,000,000 per accident.
        Such insurance shall cover injury (or death) and property damage arising out of the ownership, maintenance or use of any private passenger or commercial vehicles and of any other equipment required to be licensed for road use.

    E.  Property Insurance
        All-risk, replacement cost property insurance to protect against loss of owned or rented equipment and tools brought onto and/or used on any Property by the Service Contractor.

    F.  Crime Insurance / Fidelity Bond Service Contractor is responsible for loss to Owner and third party property/assets and shall maintain Fidelity Bond or comprehensive crime insurance coverage for the dishonest acts of its employees in a minimum amount of $1,000,000. Service Contractor shall name Owner as Loss Payee with respect to the comprehensive crime insurance coverage.

    G.  Errors and Omissions Liability (applicable for Uninterrupted Power Source (UPS) services and/or work only)

        Service Contractor shall provide Liability limits of at least $5,000,000 per claim and $5,000,000 in the aggregate. The retroactive insurance date of such insurance shall be no later than the commencement date of the contract. Such insurance shall be provided for two years beyond the completion of the work.

**125 South Wacker Drive**
**Rules and Regulations for**
**CONTRACTORS & VENDORS AND SERVICE PROVIDERS**

INSURANCE (CONT'D)

II.     Policies described in Sections I.A. and I.D. above shall include the following as additional insured, including their officers, directors and employees.  Additional Insured endorsements CG 20 10 10 01 and CG 20 37 10 01A or their equivalent shall be utilized for the policy(ies) described in Section I.A. above.  Please note that the spelling of these parties must be exactly correct or the Contract Duties will not be allowed to commence.

        1.     ML-AI 125 Wacker, LLC
        2.     Jones Lang LaSalle Americas (Illinois), L.P.

III.    Service Contractor waives any and all rights of subrogation with respect to its commercial property and workers' compensation liability insurance policies against the parties identified above in Paragraph II.

IV.     All policies will be written by companies licensed to do business in the State of[insert state where property is located] and which have a rating by Best's Key Rating Guide not less than "A-NIII".

V.      Service Contractor shall furnish Certificate(s) ofInsurance evidencing the above coverage, except property insurance under I.E.  Original Certificate(s) ofInsurance must be provided before Service Contractor commences Contract Duties or Contract Duties will not be allowed to commence.

VI.     Certificate(s) of Insurance relating to policies required under this Agreement shall contain one of the following two sets of words:

            "Should any of the above described policies be cancelled before the expiration date thereof, the issuing insurer will endeavor to mail thirty (30) days' written notice to the Certificate Holder."

        OR

            "Should any of the above described policies be cancelled before the expiration date thereof, notice will be delivered in accordance with the policy provisions."

VII.    The following should be named as the Certificate Holder: Jones

        Lang LaSalle Americas (Illinois), L.P.
        125 South Wacker Drive, Suite 210
        Chicago, IL 60606
        Attn:  General Manager

*Any insurance limits required by the contract documents are minimum limits only and not intended to restrict the liability imposed on any contractor for work performed under the contract.*

The General Contractor is responsible for coordinating **all** insurance certificates for all Subcontractors and Vendors prior to mobilization and before any work will be allowed to commence on site.  All contractors hired shall be obligated to maintain their own worker's compensation insurance coverage, unless specifically waived by Agent.

*AGAIN, PLEASE REMEMBER THAT WE MUST RECEIVE A CURRENT CERTIFICATE OF INSURANCE PRIOR TO THE START OF WORK OR COMMENCEMENT OF DELIVERY.*

---

**125 South Wacker Drive**
**Rules and Regulations for**
**CONTRACTORS & VENDORS AND SERVICE PROVIDERS**

---

<u>**TRADES PERSONS RULES**</u>

1.  **Unions** - All trades persons are to have the proper trade union or other affiliations as required by the local jurisdictional entities. Copies of signed labor agreements are to be on file in the field office. This applies for both tenant and general contractor hired subcontractors. Any building disruption caused by jurisdictional disputes between different labor unions is the responsibility of the tenant to resolve. Action taken by building to minimize impact to the building may include shutting projects down until disputes are resolved.

2.  **Elevators** - *Trades persons will use the freight elevators only for access to and from construction floors.* Building management reserves the right to monitor and require specific rules for the use of elevators if it so warrants or to limit the use of the elevators if the privilege is abused.

3.  **Public Areas** - The building does not permit anyone to loiter in public areas of the building and construction personnel may not loiter in the areas of the building where they are not working.

4.  **Smoking** - There is absolutely no smoking allowed anywhere in 125 S. Wacker Drive, specifically, spaces under construction. General Contractor is required to see that this policy is adhered to.

5.  **Bathrooms** – A designated bathroom for all personnel use is located on A-Level. Under no circumstances will the floor of construction bathrooms be used. Please contact the Chief Engineer or General Manager.

6.  **Identification** – All trades people must sign in with building security every morning. A valid United States Government issued federal or state issued identification must be provided. Union cards and identification issued by foreign governments are not acceptable. Access will be denied to any tradesperson who cannot meet this requirement.

7.  **Property** – Destroying or removing without permission, any property belonging to the building, its occupants, and employees of the building or other contractors is not allowed.

8.  **Behavior** – Fighting, abusive language, creating a disturbance or playing a radio at excessive levels is not allowed. Any trades person who reports to work under the influence of illegal drugs, alcohol or any medication will be denied entry to the building or asked to leave.

9.  **Picture taking** – No tradesperson is allowed to take any pictures of the building or work being done without prior approval from the building manager.

10. **Defacement**- Graffiti, defacement of property or posting of signs not authorized by the building is not allowed.

11. **Base Building** - No contractor is allowed to remove, even on a temporary basis, any base building parts or equipment without written authorization from building management. This includes but is not limited to doors, windows and window treatments, sinks, toilets, faucets and all conduits or pipes that serve such systems.

<div style="border:1px solid black">

### 125 South Wacker Drive
### Rules and Regulations for
### CONTRACTORS & VENDORS AND SERVICE PROVIDERS

</div>

12. **Life Safety** - No contractor is allowed to interrupt any life safety system including but not limited to strobes, speakers, flow switches, or door fail safe wiring or mechanics without written authorization from building management.

## CONSTRUCTION DOCUMENTS & SPECIFICATIONS

No work will be allowed to proceed without Building Management first reviewing the most current set of drawings outlining the scope of work. If the Building Manager or Chief Engineer requires the services of outside consultants, i.e., a structural engineer to review load or coring requirements, the cost of such review will be the responsibility of the contractor and/or tenant for whom the job is being performed.

## PERMITS

The following is required of the General Contractor prior to the start of construction or the delivery of materials:

- A copy of the building permit must be posted at the job site.
- A copy of the building permit must be kept on file in The Office of the Building, immediately upon receipt from The City of Chicago.

## RUBBISH REMOVAL

The General Contractor will be responsible for bringing all rubbish to the loading dock and placing it into a designated dumpster. Scheduling for freight elevator time is required and dumpster box pickup and delivery is to be coordinated by the General Contractor with the waste hauler used by the building.

All food waste and any other debris that may cause safety hazards, odors, or any other building problem must be removed on a daily basis.

Stairwells and corridors must be kept clean and clear of debris.

## FREIGHT ELEVATORS

The freight elevator is controlled by a key card reader, which can be operated after hours by authorized key cards only. Reservations must be made with The Office of the Building, in order to schedule personnel to operate the elevator. A charge of $100/ hour with a 4-hour minimum will be assessed to the tenant for use. Scheduling should be arranged a minimum of 24 hours in advance with The Office of the Building. Should it be necessary to move any oversize equipment, the chief engineer must be consulted. Any hoisting requiring use of ThyssenKrupp Elevator personnel will be billed to tenant per the ThyssenKrupp rate.

**Freight Car Sizes, Capacities and Speeds are listed below:**

| | |
|---|---|
| Weight capacity / speed: | 8,000 lbs. / 700 fpm |
| Height from floor to top of cab: | 144" at center, 198" at perimeter |
| Door opening: | 60" wide |
| Door height: | 96" high |
| Length from side to side: | 82" |
| Length from back to front: | 122" |

## 125 South Wacker Drive
## Rules and Regulations for
## CONTRACTORS & VENDORS AND SERVICE PROVIDERS

*Note: Building elevator personnel must do special hoisting of oversized and/or heavy items. Coordination must be made through the Building Manager.*

### FREIGHT ELEVATOR LOBBY (TYPICAL FLOORS)

The design and construction phase must account for City of Chicago Code compliant egress out of the passenger and freight elevator lobbies at all times. This is to include un-obstructed access to both north/south stairwells. The tenant's security concerns should be evaluated with respect to this requirement.

### ELEVATOR LOBBIES MUST BE KEPT CLEAR OF ALL DEBRIS!

### LOADING DOCK

All materials must be brought into the building at the loading dock, which is located on Lower Wacker Drive. All deliveries must be scheduled and coordinated with The Office of the Building.

### SITE SECURITY

The General Contractor is responsible for the security of the project site for the duration of the work. Security of the building must have access to the site at all times. The General Contractor is responsible to insure that security has the proper keys necessary for **all** such access.

### HAZARDOUS MATERIAL STORAGE

All hazardous material must be properly stored on the job site. The location of the stored hazardous material **must** be listed and supplied to the Building Manager **and** the Chief Engineer. (In case of a fire, the location of such material must be immediately available).

A list of all hazardous materials as well as copies of all MSDS sheets must be supplied to the Building Manager and Chief Engineer.

### WINDOWS

Building Windows/Blinds/film must be protected during the construction process. A site survey of the building windows/blinds/film will be performed both before and at the conclusion of the project. Any damage not noted during the initial walk through will be the responsibility of the General Contractor at the end of the construction. Any window repair costs will be charged to the tenant or the General Contractor.

If there are any questions regarding the windows, contact the Building Manager.

### CARPETING

Both broadloom and carpet tiles are approved for installation at 125 S. Wacker. In the case of broadloom carpet, tackless strip installation must be scheduled for either before or after regular business hours or on a weekend.

All carpeting should be delivered to the loading dock and taken to the location of installation within the building upon delivery. The carpet installer or the General Contractor must dispose of old carpet. **Building dumpsters are not to be used.**

---

### 125 South Wacker Drive
### Rules and Regulations for
### CONTRACTORS & VENDORS AND SERVICE PROVIDERS

---

The cost to repair or repaint a wall or walls damaged, as a result of carpet installation will be the responsibility of the carpet installer or the General Contractor.

All corridor carpeting, walls and freight corridor vct must be protected with Masonite during deliveries and for construction foot traffic. Any cutting of carpeting to gain access to floor walker duct system will be repaired at tenant/contractor expense.

## HVAC

Contact the Chief Engineer for fan schedules. Contact the Chief Engineer for VAV box schedule. Architect shall contact McGuire Engineers for the typical base building MEP specifications and guidelines. All drawings must be submitted to McGuire Engineers for peer review.

HVAC test and air balance reports are to be submitted to the Chief Engineer upon completion of work for review.

All supplemental A/C units and condenser water pumps need drip pans. Ceiling mounted units need vibration suppression system. Condensate piping will be insulated its full length.

All baseboard heat covers need to be accessible and removable for servicing and proper air flow.

The installation of filter media over the return duct work is mandatory throughout the area of construction. The building utilizes a plenum return air system, keeping the construction particulates out of the HVAC system is a must.

All new chilled or condenser water lines must be flushed and chemically cleaned before opening the lines to the system. Should additional corrosion inhibitor be needed contractor must add to the system. The cost of cleaning and/or additional chemicals will be charged to the contractor. There is a one-time tap in fee of $1500 to the building condenser water riser. The HVAC contactor will install futures on both the supply and return lines when tying into the condenser riser. Spot coolers of any type are prohibited. Tenants are to comply with the clean air act and subsequent amendments covering CFC refrigerants release, testing, installation, training, servicing, etc.

## FIRE PROTECTION SPRINKLERS

All work on the Fire Protection system including sprinkler rework that requires a drain down must be scheduled with the Chief Engineer. Engineers, Security, and Utility Charges may apply billable to the tenant.

Work to be performed on the fire life safety or sprinkler system Monday through Friday requires (at minimum) a one-day notice. Work planned for the weekend requires a two-day notice.

If work involves any drain down of the fire protection system a flush test must be conducted and written results submitted to the Chief Engineer. If 20 or more sprinkler heads are reconfigured in any way, a hydrostatic test must be carried out and written result submitted to the Chief Engineer. The cost of this testing is the responsibility of the contractor.

Any smoke detectors in the common areas on the floors permanently affected by dust must be replaced at the contractor's expense.

The building smoke detection system is an "addressable" system, and therefore, must be re-addressed by Siemens Building Technologies if a detector is relocated or removed. Any work to be done on this system, either smoke or heat detector, or speaker / strobe will be performed by the building's engineer in coordination with the contractor.

---

**125 South Wacker Drive**
**Rules and Regulations for**
**CONTRACTORS & VENDORS AND SERVICE PROVIDERS**

---

The GC will provide drawings to Siemens and the Chief Engineer in the case of additional speaker/strobes being added to the system. Circuit capacity ratings need to be confirmed with Siemens prior to work commencing

All devises to match building standard. The GC's electrician needs to sign off on fire/life/safety affidavit upon device wire run. All final terminations to the fire system need to be completed by Siemens. GC to contract with Siemens to confirm new/relocated devices work as designed. Siemens will also provide a system acceptance affidavit upon a successful test.

The General Contractor is responsible for coordinating this activity. Contractor may coordinate work with building based on the above referenced guidelines. All penetrations are to be sealed with approved fire rated material.

**FIRE PROTECTION SPRINKLERS CONT.**

No welding or any other work that has the potential of activating the building fire/smoke detection system or has the potential of attracting outside attention may commence without first informing the Chief Engineer. It is <span style="color:red">MANDATORY</span> that welding, torching, and soldering permits be obtained from the Chief Engineer. The Hot work permit procedure must be followed step by step. A sample permit is attached at the end of this document. Upon completion of the work, it is mandatory that the Chief Engineer be notified.

Hot Permits will be issued through the Chief Engineer. Please supply the following information:

> A. Your company name
> B. Nature of the job, i.e. welding, sweating water lines, etc.
> C. The firm, floor, and specific location of the work area
> D. The approximate time involved, start to finish

No work shall be performed if a welding/cutting permit has not been issued by a building representative. The General Contractor is responsible for fire safety including providing watchman and extinguishers during construction.

**PLUMBING**

Before any plumbing shutdowns may begin, the contractor must first check in with the Chief Engineer. The General Contractor is responsible for coordinating the activity. Futures (for future work) must be provided at wet columns, vent, and drainage systems. Any unused piping and associated hangers must be removed back to its source.

Trap primers will be installed on all new services, along with vacuum breakers for dishwashers.

Grease Traps at tenant sink locations are to be considered a building standard. Access to trap must be maintained for cleaning.

Copper is considered property of 125 S. Wacker and must not be removed, even if included in demolition plans, without prior approval of owner/manager.

---

**125 South Wacker Drive**
**Rules and Regulations for**
**CONTRACTORS & VENDORS AND SERVICE PROVIDERS**

---

## ACCESSIBILITY

All new or existing MEP items, whether behind walls or above ceilings, which require maintenance must remain accessible at the completion of the project. Projects must meet all ADA requirements.

## HOT TAPS

Hot taps are to be pressure tested prior to doing actual hot tap, and are checked by the Chief Engineer.

## ELECTRICAL

All Electrical Contractors must comply with OSHA Arch Flash Requirements.

An Energized work permit must be filled out for all work over 50 volts. Energized work must be limited to 600 volts or less. ARC Flash Protective clothing and equipment must be worn at all times and the work area must be cordoned off to protect other workers.

Prior to demolition work, General Contractor must contact the Chief Engineer, at least 48 hours in advance, to coordinate non-demo conduit identification.

New and existing load capacities of general office tenant connected equipment must be provided with metered panels to tenant.

Chief Engineer will coordinate emergency lighting and signage circuitry.

Under no circumstances are tenant receptacle services to be connected to building electrical panels. Any electrical contractor found doing this, will not be permitted to perform work in the building in the future.

Electrical and telephone (if involved) closets are to be cleaned at completion of work. All penetrations to be sealed equal to fire wall rating. Panel directories are to be updated and inserted in panel door with a copy submitted to the Building Manager.

Access to ceiling mounted electric re-heat unit panels will be maintained for service.

The buildings Riser Management Company must be engaged for any work in the buildings riser closet. Rex Electric can be contacted @ (312)-251-3620 to set up scheduling.
Any unused conduit and associated hangers must be removed.

## AS-BUILT DRAWINGS AND CLOSE OUT DOCUMENTS

All mechanical trades are required to submit copies of as-built drawings to the General Contractor. The General Contractor will make one submission of three copies of as-built drawings for all trades to the Property Manager. All as-built drawings are to be dated and signed by the appropriate subcontractor as well as the General Contractor and submitted to the Property Manager, within 30 days of substantial completion. A 10% final payment retention will be held from General Contractor and all MEP subcontractors until all as-built drawings are received and approved at close of project. This is to include the completion of the punch list walk thru items and the close out binder. There will be no exceptions.

**A complete set of drawings must be submitted on CAD disk.**

---

### 125 South Wacker Drive
### Rules and Regulations for
### CONTRACTORS & VENDORS AND SERVICE PROVIDERS

---

## GENERAL INFORMATION

Building Security is on duty in the building twenty-four hours a day, seven days per week. Reimbursable expenses incurred by General Contractor for tenant construction will be invoiced to tenant by Management. The need for extra security coverage will be billed to the tenant at the prevailing rate.

## FINAL CLEAN

Prior to the space being turned over to the tenant/building, the site must be final cleaned, to standards appropriate for tenant occupancy. The final cleaned condition must be approved by the Housekeeping Manager. If the condition is unacceptable for occupancy, the Building Manager will have the situation corrected and will charge the General Contractor.

*Blind installation to be coordinated with The Office of the Building.*

## SCHEDULED WORK

  All Demolition work or any work that creates loud noise, smells or otherwise interfere with the normal operation or the building will be performed afterhours. And all costs will be billable to the tenant. A building engineer will be onsite during all afterhours work and all associated overtime charges will be billed to the tenant.
  All work that does not take place during regular building business hours (refer to page 1) should be noted on the After-Hours Authorization form and sent to the Building Manager as soon as reasonably possible. It is important for security and life-safety reasons that Security and the Chief Engineer are aware of contractor presence. If an after hour emergency arises, security (312-346-5511) must be notified.

## AFTER-HOURS ACCESS

Entrance to the building after hours is controlled by security. In order to facilitate after hours entrance or departure, it is important that the building manager be notified of the need as soon as reasonably possible. If an after-hours emergency arises, you must notify security.

## PROPERTY REMOVAL PASSES

For anything leaving the building, including tools and parts, a property pass is required. This pass must be signed by the General Contractor, Job Superintendent or Foreman. Security Officers will not accept them unless they are signed by authorized personnel. These property passes can be requested from The Office of the Building.

## ACCIDENTS

All accidents must be reported to security immediately. Security will dispatch the appropriate personnel and facilitate the emergency procedures. In serious cases call 911 for the Chicago Fire Department and/or Paramedics and then notify The Office of the Building and Security (312-346-5511).

## FIRES

All fires must be reported to 911 and security **immediately** (312-346-5511).

## LOCKSMITHING

**125 South Wacker Drive**
**Rules and Regulations for**
**CONTRACTORS & VENDORS AND SERVICE PROVIDERS**

The Chief Engineer will consult, order, and install all locking mechanisms. The Chief Engineer is responsible for all keys and all other types of locks and the installation of all lock cylinders/cores. Contact The Office of the Building directly for assistance (312-346-5511).

All General Contractors must submit a copy of the final hardware schedule 4 weeks prior to the completion date of each individual project. Failing to comply with this requirement will delay the installation of all lockable cylinders on your project. The building standard lockset is a Sargent, with a Yale 6-pin cylinder. Prior to ordering the cylinder, confirm with the Chief Engineer the keyway used on your particular floor.

Contractor will be back charged for lock mechanisms tampered with in construction areas.

<u>INSPECTION</u>

Building personnel will conduct periodic inspections of the construction site. Prior to ceiling installation, the General Contractor must contact the Chief Engineer for an above ceiling inspection.

<u>FINAL INSPECTION</u>

The General Contractor must contact the Chief Engineer to arrange a final inspection of construction space.

<u>STANDPIPE / RISER DRAIN DOWN</u>

*GUIDELINES*
- Riser drain downs will need to be scheduled with the Chief Engineer 24 hours prior to scheduled work.
- Contractor shall perform a Fire Watch.
- Engineers, Security, and Utility Charges may apply billable to the tenant performing the work.
- Riser drain downs must be kept to a minimum.
- Riser work should typically be completed within two hours. All piping should be run to the riser with only the tie-in remaining to be completed.
- Flush testing and hydrostatic testing may be required by Owner/Manager at tenants cost performing the work.

<u>PROCEDURES</u>

- Contractor must request drain down 24 hours prior.
- Engineers will disable ADT Monitoring system.
- Engineers will isolate system and drain to below the construction floor.
- Contractor must verify with the engineers that the riser drain down is complete before cutting into the riser.
- Contractor must physically verify that the riser is drained down, before cutting into the riser, by opening the fireman's hose connection valve on the construction floor.
- Contractor must notify engineers when work is finished, and request system fill up.
- Engineers will supply contractor with a 2-way radio to communicate with the engineers filling the system or accompany contractor while system is being refilled.
- Contractor will verify that there are no leaks with the engineer on site or via the 2-way radio.
- Contractor will return 2-way radio to the engineering department.
- Engineer will enable ADT Monitoring system.

---

**125 South Wacker Drive**
**Rules and Regulations for**
**CONTRACTORS & VENDORS AND SERVICE PROVIDERS**

---

### SINGLE FLOOR SPRINKLER DRAIN DOWNS

- Contractor notifies engineers of location where work is to be done (Floor # and Floor Location) before starting work.
- The engineer disables the ADT Monitoring system for the affected floor.
- Engineer will isolate the system on the floor and drain, contractor can begin work.
- Contractor notifies engineers when work is complete, and requests a system refill.
- Engineer slowly fills system and checks for leaks with contractor.
- Contractor will not leave the building if any leaks are detected. System to be re-drained and leaks repaired by contractor.
- Once system is filled and leak free, the engineer verifies that all alarms have been cleared.
- Engineers enable ADT Monitoring system.

### SAFETY PRACTICES

All contractors and its employees must follow safety practices outlined by employer, General Contractor and OSHA but not limited to:  Contractors are responsible for maintaining and enforcing their own safety rules and procedures.  Under no circumstances will Building Management or its employees accept responsibility for monitoring general safety guidelines.  The following guidelines for safety in the building should be followed but is not all inclusive of safety practices required by law, or any other rules that may apply.

- Take special precautions if welding or cutting in a confined space is stopped for some time.  Disconnect the power on ARC welding or cutting units and remove the electrode from the holder.  Turn off the torch valves on gas welding or cutting units, shut off the gas supply at a point outside the confined area, and, if possible, remove the torch and hose from area.
- After welding or cutting is completed, mark hot metal or post a warning sign to keep workers away from heated surfaces.
- Follow safe housekeeping principles.
    1. Don't throw electrode or rod stubs on the floor - discard them in proper waste container.
    2. Keep construction area as free of debris as possible.
    3. Keep chemicals secured in approved storage cabinets.
    4. Keep floors dry and clean.
- Hard hats/safety glasses must be worn at all times inside the construction area.
- All contractors must supply a list of all hazardous materials and their locations as well as all MSD sheets to The Office of the Building and the Chief Engineer.
- Keep a fully stocked and clearly marked first aid supply kit on the job site at all times.
- Make sure there are fully charged, appropriate fire extinguishers present on the job site.
- An emergency brigade should be established and drills held.  If you should need help in establishing a brigade or holding a drill, contact the Property Manager.

### GUIDELINES FOR CUTTING / WELDING

The following guidelines for cutting/welding in the building should be followed, but it is not all inclusive of safety practices required by law, or any other rules that may apply.

---

**125 South Wacker Drive**
**Rules and Regulations for**
**CONTRACTORS & VENDORS AND SERVICE PROVIDERS**

---

- Make sure that sprinklers are in service.
- Make sure that cutting and welding equipment is in good repair.

PRECAUTIONS WITHIN 35 FEET

- Make sure floors are swept clean of combustibles.
- Combustible floors: wet down, cover with damp sand or fire-resistive sheets.
- Flammable liquids are removed; other combustibles, if not removed, protected with fire-resistive tarpaulins or metal shields.
- Explosive atmosphere in area eliminated.
- All wall and floor openings are covered.
- Fire-resistive tarpaulins are suspended beneath work.

WORK ON WALLS OR CEILINGS

- Construction of the building structure is noncombustible and without combustible covering or insulation.
- Make sure combustibles are moved away from the other side of wall.
- Make sure all flammable liquids are purged from the work area.
- Any type of "Hot Work" requires a fire watch, appropriate extinguishers or fire hose, and a "Hot Work" Permit (see attached).

STRUCTURAL SLABS

- Saw cutting or trenching of floor slab is not permitted without prior written approval from Landlord and review by building's structural consultant.
- Slab to slab height is 12 feet, with the exception being the 31st floor which is 13 feet. Typical structural loads are 100lbs. per square foot, live load. Tenant space has ceiling height of 9 feet, with the plenum ceiling space at 3 feet. With the exception being on the 31st floor, which will be 10 feet and 3 feet respectively. The interior column spacing is 27 feet on center.

WORK ON ENCLOSED EQUIPMENT

- Enclosed equipment cleaned of all combustibles.
- Containers are purged of flammable liquids.

CORING

- Any coring must be completed prior to 8:00 a.m. or after 6:00 p.m. Monday through Friday, or on Saturdays between 7:00 a.m. and 3 p.m. It may be necessary to adjust the hours due to the request of a tenant whose space must be entered for the purposes of coring. All coring locations need approval from the Chief Engineer.

- When coring is performed where it is necessary to enter other tenant space, an engineer will be required to monitor the activity at the expense of the contractor. If any work is to be performed over the main lobby or retail tenant's space, a building engineer may be required dependent upon the location of the coring. Coring is not allowed through structural beams or girders.

---

### 125 South Wacker Drive
### Rules and Regulations for
### CONTRACTORS & VENDORS AND SERVICE PROVIDERS

---

- All coring will require an individual stationed below the floor to be cored during such coring to ensure that no other individuals are in the area that may be injured due to falling debris.

- Any cores must be completely sealed with approved fire stop once conduit is placed.

- The building will require a coring schedule in order to notify tenants on adjacent floors as well at to determine whether or not building security is required. The tenant will be billed for any security labor required for such coring at the prevailing rate.

- No penetrations are allowed on exterior walls or roof of the building.

- Further, with regard to any coring above the main lobby or any retail tenant, the following will be required:

  ➢ The lobby ceiling / walls must be kept clean and free of any damage.

  ➢ All panels must be replaced daily following any work so that the main lobby remains    free    of any evidence of work during normal working hours.

  ➢ Any damage to these panels will be repaired immediately by the building and any cost  incurred will be billed to the tenant.

#### CORRIDORS / COMMON AREAS

All common areas between the work area and the freight elevator must be protected on any occupied floor (i.e., Masonite over carpeting, door protection, wall protection where necessary, etc.) Further, common sense should be used in the areas of safety for contractors and tenants alike; if contractors are working in an area where tenants must pass or are nearby, provide appropriate verbal and visible warnings. Under no circumstances may a corridor, washroom or stairwell be blocked without prior notification to the building management. Use of washrooms is not extended to contractors on any tenant floors. Refer to page 6, note #5 for designated contractor washrooms. Contractors must clean up any common areas of the building that they create using their own equipment.

#### FIRE WATCH

- Fire watch will be provided by the Contractor during and for at least 60 minutes after work, and during coffee or lunch breaks.[1]

- The fire watch is supplied with suitable extinguishers, provided by the GC.

- The fire watch is trained in use of this equipment and in sounding alarm.

- Report the beginning and conclusion of the fire watch to security (312-346-5511).

**\*\*\*\*Please fill out all applicable forms attached and fax completed forms to Property Manager, fax number 312-346-7045 immediately upon signing of this contract.**

**The General Contractors will be asked to confirm in writing, receipt and understanding of these rules and regulations. In addition, the General Contractor must distribute a copy of these rules to all sub contractors and must ensure their compliance. A copy of this must be provided to the chief engineer. A copy of these rules and regulations must be posted on the jobsite. The building reserves the right to refuse entry to any contractor, or ask any contractor to stop work or leave the building if these rules are adhered.**

---

[1]According to City Code, NFPA, and Factory Mutual Insurance Standards.

---

**125 South Wacker Drive**
**Rules and Regulations for**
**CONTRACTORS & VENDORS AND SERVICE PROVIDERS**

---

### PROJECT INFORMATION SHEET

Please fill out the information listed below.  This information must be completed before ANY work can begin in your space.  Once this information has been completed please send to the Property Manager.

PROJECT: _____

LOCATION: _____

GENERAL CONTRACTOR: _____

SUPERINTENDENT: _____

DAY-TIME PHONE NUMBER: _____

AFTER-HOURS PHONE NUMBER: _____

MOBILE PHONE NUMBER: _____

NORMAL WORKING HOURS: _____

DURATION OF PROJECT: _____

SUBCONTRACTORS: (**Include M.E.P, contractors after hour phone number and Mobile Number**)

_____

_____

_____

_____

_____

_____

_____

---

**125 South Wacker Drive**
**Rules and Regulations for**
**CONTRACTORS & VENDORS AND SERVICE PROVIDERS**

---

### CONTRACTOR'S FREIGHT / DOCK DELIVERY REQUEST

TODAY'S DATE: _____

CONTRACTOR: _____

TENANT NAME: _____

FLOOR: _____  LOCATION: _____

TENANT CONTACT: _____  TELEPHONE: _____

BRIEF DESCRIPTION OF WORK:_____
<div align="center">(TYPE OF DELIVERY)</div>

<div align="center">THIS WILL SERVE AS A WRITTEN REQUEST FOR PRIORITY FREIGHT ELEVATOR/DOCK SERVICE FOR THE<br>ABOVE-MENTIONED</div>

DELIVERY DATE: _____

DELIVERY TIME: _____ TO: _____
<div align="center">(START TIME)     (STOP TIME)</div>

<div align="center">**TIMES WILL BE STRICTLY ENFORCED. AVAILABLE TIMES ARE BEFORE 6:00 AM, or after 6:00<br>PM**</div>

COMMENTS: _____

_____

_____

If access to occupied tenant space is necessary, please present evidence of TENANT AUTHORIZATION
Along with this form or forward a request for such access <u>NO LESS THAN 48 HOURS IN ADVANCE TO
WHEN THE WORK WILL COMMENCE.</u>

Anyone accessing the building will be required to show Security a type of photo ID card and Company ID.
Please indicate the supervisor that will be in charge and the name of the construction workers that will be
inside the space.  If specific names are not known, then please list the number of workmen per trade:

> *Note:  Security is not authorized to give access to any contractors.  Please make sure a tenant
> representative is present.*

<div align="center">ALL ACCESS NOTICES MUST BE RECEIVED BY BUILDING SECURITY **48** HOURS IN ADVANCE.</div>

<u>FOR OFFICE USE ONLY:</u>
**Approved and forwarded by: _____ Date: _____**

---

### 125 South Wacker Drive
### Rules and Regulations for
### CONTRACTORS & VENDORS AND SERVICE PROVIDERS

---

**CONTRACTOR AFTER-HOURS BUILDING ACCESS AUTHORIZATION FORM**

Please make sure that all information is filled out correctly and send to the attention of the Building Management.

COMPANY NAME: _____

PROJECT COORDINATOR: _____
(OR JOB SUPERINTENDENT)                              (Please Print Name)

SUB-CONTRACTOR NEEDING ACCESS: _____

FLOOR:_____          LOCATION: _____

DATE OF ACCESS: _____

TIME PERIOD OF ACCESS: _____          UNTIL: _____

BRIEF DESCRIPTION OF WORK:_____

_____

If access to occupied tenant space is necessary, a tenant representative must be present.

Anyone accessing the building will be required to show the security officer a type of photo ID card and Company ID. Please indicate the Supervisor who will be in charge and if at all possible the name of the construction workers who will be working in your space. If specific names are not known, please list the number of workmen per trade:

_____
(Supervisor)

_____

_____

_____

_____

## 125 South Wacker Drive
## Rules and Regulations for
## CONTRACTORS & VENDORS AND SERVICE PROVIDERS

### HOT WORK PERMIT

**DATE OF NOTICE:** _____

**DATE OF SHUTDOWN:** _____

**SYSTEM TO BE WORKED ON:** _____

**FLOORS AFFECTED:** _____

**REASON FOR SHUTDOWN:** _____

**CONTRACTOR:** _____

**CONTACT NAME:** _____

**CONTACT SIGNATURE:** _____

**PHONE NUMBER:** _____

**MOBILE CELL PHONE:** _____

**TIME OF PERMIT:** _____

**TIME PERMIT EXPIRES:** _____

**SPECIAL INSTRUCTIONS:** _____

_____
_____

**Contractor attests that the necessary precautions including, but not limited to:**
   *(Check all that apply or indicate N/A)*
_____ Combustibles eliminated

_____ Floor penetrations properly protected

_____ Required fire protection, detection and alarm systems are functional

_____ Hot work equipment is in good repair

_____ Adequate portable extinguishing has been provided

_____ Dedicated fire watch during hot work operation

_____ Area monitored after completion for a period of one hour

***Circle as applicable***

| | | | | | |
|---|---|---|---|---|---|
| **TAG OUT** | YES / NO | **DOCK ACCESS** | YES / NO | **FIRE DEPT.** | YES / NO |
| **SECURITY** | YES / NO | **INSURANCE CO** | YES / NO | | |

**APPROVED BY:** _____     _____

*Chief Engineer or Manager Only*          **(Print Name)**                    **(Signature of Managing Agent**
**Approver}**

> ## 125 South Wacker Drive
> ## Rules and Regulations for
> ## CONTRACTORS & VENDORS AND SERVICE PROVIDERS

**GENERAL NOTES:** All tenant spaces are provided on an "as is" basis. All changes to existing mechanical, electrical, fire protection and plumbing systems are at tenant's expense. Relocating of existing light fixtures and lighting junction boxes is by tenant's contractor. At no time will any ladders, tools, hardware, carts etc., being the property of the building, be loaned and/or borrowed for use.

**PARTITIONS:** Demising Partition- 2 ½ "25 gauge metal studs @ 24"o.c. with two layers of 5/8" U.L. drywall to underside of floor deck above w/no interruption to Walker Duct Floor System above (top track shall not attached to metal deck), sound attenuation batt to deck and continuous acoustic sealant between drywall and deck.

Corridor Partition- 2 ½ " 25 gauge metal studs @ 24"o.c. with one layer of 5/8" U.L. drywall to underside of floor deck above w/no interruption to Walker Duct Floor System above ( top track not attached to metal deck), sound attenuation to deck.

Interior Partition- 2 ½ "25 gauge metal studs @ 24"o.c with one layer of 5/8" U.L. drywall to underside of finished ceiling. A clearance of 6" will be maintained between the top steel stud header and the deck above. The building HVAC system utilizes the plenum for return air.

**PAINTING:** Two coats egg-shell latex paint provided as required to achieve uniform color for building standard partitions. Colors to be selected by tenant. Wall covering can be added at tenant's option.

**DOORS:** 3'-0" X 8'-10" X 1 ¾ " solid cored doors, prefinished, plain sliced Maple-clear finish, pre-machined for mortise hardware and butts. 5 ply architectural grade with full time warranty.

**FRAMES:** Aluminum clear anodized finish, 2" profile, 3 ¾ "throat. Prepared for 4 hinges. Hardware locations are to match existing building standard.

**HARDWARE:** All building standard hardware is US 26D (except for door closer). All locking hardware must be by Sargent, Yale core. GC to contact the building engineering department to confirm Yale core type. (Ex. SA, SB, SC, etc.).
Master key lever handled locksets; Sargent #8145 LNB-26D with Yale cylinder
Lever handled latch-sets: Sargent #8145 LNB-26D
Ball bearing butt hinges at interior doors: 4 ½" X 4 ½" Stanley or equal
Door closers: Sargent # EN350

| | |
|---|---|
| **125 South Wacker Drive**<br>**Rules and Regulations for**<br>**CONTRACTORS & VENDORS AND SERVICE PROVIDERS** | |

**WINDOW TREATMENT:** Bali ½" micro-blinds (062) char brown.

**ACOUSTICAL CEILING:** Ceiling Grid-24"x24" Armstrong Silhouette XL9/16" Bolt Slot Grid with ¼" reveal Ceiling Tile- 24"x24" Armstrong Ultima (#1912A).

**LIGHTING:** 2 x 2 or 2 x 4 Core-lite low profile fixture class R1, product info: round perf, 2T5, ultra shallow recessed, white reflector 277V.
Rectangular wall-washer, Lightolier, product number 4x9LWCLW-132W-4PIN.
6" recessed down light, Lightolier, product number 8031CLW, triple tube fluorescent.

**ELECTRICAL:** Electrical service equipment will be provided in "as is" condition. All new individual meters and breaker panels at tenant cost.
Exit sign relocation is part of Tenant Improvement.
Emergency heat disconnect switch relocation by tenant's electrical contractor.

**FLOORING:** Carpet- No direct glue down-must use tactile. Constantine commercial, Sandstorm VCT-12" x 12" Armstrong, Standard Excelon.
Vinyl Base-2 ½" straight at carpet and covered at VCT.

**HVAC:** Air Diffusors: Supply-Titus Omni 2' x 2'. Return-Titus Par 2' x 2'.

**SPRINKLERS:** Quick Response concealed type with chrome cover plate. Manufactured by Viking, Reliable, Tyco or Victaulic are acceptable. Relocation/addition of a fire hose cabinet to be at tenants expense.

**Signage:** Multi-Tenant corridor signage must be obtained through the landlord to confirm building Standard signage is maintained. The cost will be invoiced to the tenant. Full floor Tenants may customize signage, providing it meets ADA requirements.

## 125 South Wacker Drive
## Rules and Regulations for
## CONTRACTORS & VENDORS AND SERVICE PROVIDERS

**<u>Signature Acknowledgment</u>**

I acknowledge that I have read and understand the Rules and Regulations for Contractors & Vendors and Service Providers document.

Date: _____

_____
Signature

_____
Print Name

_____
Title

_____
Company

*By signing this acknowledgment you are also acknowledging that any subcontractors working on your behalf also understand the Rules and Regulations for Contractors, Vendors and Service Providers.*

*A copy of this signature Acknowledgment must be submitted to building management prior to the start of any work.*

---

### 125 South Wacker Drive
### Rules and Regulations for
### CONTRACTORS & VENDORS AND SERVICE PROVIDERS

---

**JLL**
**125 South Wacker**
**Project Directory**

| | |
|---|---|
| **Building Management Office- Suite 210** | **312-346-5511** |
| **FAX** | **312-346-7045** |
| **Office Hours** | **Monday – Friday** |
| | **8:00 a.m. – 5:00 p.m.** |

**Management Staff**

| | |
|---|---|
| Steve Milenkov, General Manager | 312-229-4090 |
| Dominique Flowers, Asst. GM | 312-229-4091 |
| Victoria Blackstock, P.A. | 312-346-5511 |
| Daniel Pessah, TSC | 312-346-5511 |

**Building Services**

| | |
|---|---|
| Jim Drach, Chief Engineer | 312-229-4092 |
| Mark Myers, Asst. Chief Engineer | 312-229-4093 |
| Lobby/Dock Security | 312-346-5511 |
| Matthew Combs, Security Director | 312-346-5511 |

**Building Hours of Operation**

| | | |
|---|---|---|
| Building Business Hours: | Monday – Friday | 8:00 a.m. – 6:00 p.m. |
| | Saturday | 8:00 a.m. – 1:00 p.m. |
| HVAC Hours: | Monday – Friday | 7:00 a.m. – 6:00 p.m. |
| | Saturday | 8:00 a.m. – 1:00 p.m. |
| | Sunday | N/A |
| Freight/Loading Dock Service Hours: | Monday – Friday | 6:00 a.m. – 6:00 p.m. |
| | Saturday/Sunday | Closed |
| | Holidays | Closed |

**Loading Dock/Freight Elevator can be scheduled for weekends/holidays and after-hours. Please contact the Building Management Office at 312-346-5511 for availability and scheduling.