# Exhibit D

Guidebook For 125 South Wacker Tenants

INTRODUCTION.................................................................................................................2

BUILDING INFORMATION ................................................................................................3
   ABOUT 125 S. WACKER ................................................................................3
   BUILDING MANAGEMENT & LEASING OFFICE ...........................................3
   125 S. WACKER MANAGEMENT STAFF ......................................................3
   SECURITY & LIFE SAFETY ............................................................................3

BUILDING PROCEDURES ................................................................................................5
   BUILDING HOURS ..........................................................................................5
   TENANT COMMUNICATION ...........................................................................5
   LOCKS & KEYS ...............................................................................................5
   IDENTIFICATION KEYCARDS ........................................................................5
   VISITOR REGISTRATION ...............................................................................6
   FOOD DELIVERIES .........................................................................................7
   PROPERTY REMOVAL PASSES ....................................................................7

BUILDING FEATURES & LOCAL SERVICES ..................................................................8
   ELEVATOR SERVICE .....................................................................................8
   WEBSITE .........................................................................................................9
   PARKING .........................................................................................................9
   BICYCLE PARKING .........................................................................................9
   RETAIL SHOPS ...............................................................................................9
   CONCIERGE ..................................................................................................10
   LIFESTART FITNESS CENTER ....................................................................10
   CONFERENCE CENTER ..............................................................................10
   MAIL CENTER ...............................................................................................11
   LOADING DOCK ............................................................................................11
   PUBLIC TRANSPORTATION .........................................................................11
   CAB STANDS .................................................................................................12
   LOCAL RESTAURANTS ................................................................................13

TENANT SERVICES .......................................................................................................14
   RENTAL PAYMENTS & BILLING PROCEDURES ........................................14
   EXTRA SERVICE WORK ..............................................................................14
   HEATING, VENTILATION & AIR CONDITIONING ........................................15
   JANITORIAL SERVICES ...............................................................................15
   RECYCLING ...................................................................................................15
   SIGNAGE .......................................................................................................16
   TENANT INTERIORS & ALTERATIONS .......................................................16

MOVING INFORMATION .................................................................................................18
   GUIDELINES FOR TENANTS & MOVERS ...................................................18
   DOCK HOURS ...............................................................................................19
   FREIGHT ELEVATOR DIMENSIONS ...........................................................19

                              June 2015

Guidebook For 125 South Wacker Tenants

## INTRODUCTION

Welcome to 125 South Wacker!

JLL, the building's management team, has designed this Guidebook for New Tenants to provide you with basic building information.

A separate Tenant Emergency Safety Procedures Handbook that contains emergency procedures will be provided for your employees and tenant safety team. A tenant safety team that includes Fire Wardens, Assistant Fire Wardens, Searchers, Stairwell Monitors, and Elevator Monitors MUST be chosen by each tenant, pursuant to the City of Chicago High Rise Safety Ordinance.

Should any of the information in this Guidebook differ from that which is contained within your office lease, the lease terms override the contents of this Guidebook.

If you have any questions on the information in this Guidebook or need additional information, please contact the Management Office at 312-346-5511.

The management team looks forward to serving you as a tenant at 125 South Wacker!

Guidebook For 125 South Wacker Tenants

## BUILDING INFORMATION

### ABOUT 125 South Wacker

125 South Wacker is a 31-story Class B office tower with 566,454 square feet of rentable area located at the corner of South Wacker Drive and West Adams Street in the West Loop. 125 South Wacker was built as a headquarters facility for the original owner/occupant, Northern Trust. The above standard construction quality employed by the original owner continues to benefit the Property today, allowing tenants significantly upgraded electrical and cooling capacity along with redundancy by way of three power feeds.

The Property's irreplaceable Wacker Drive location is just one block from Union Station and two blocks from a major CTA "El" stop, while also enjoying proximity to Ogilvie Station, major highways, and numerous CTA bus lines.

### BUILDING MANAGEMENT & LEASING OFFICE

JLL
125 South Wacker Drive, Suite 210
Chicago, IL 60606
        312-346-5511 (answered 24 x 7)
Fax:    312-346-7045

Leasing by Jones Lang LaSalle
200 East Randolph Drive Chicago, IL 60601
Mason Taylor        312-228-2431
Chris Cassata        312-228-3754

Office hours:   Monday – Friday, 8:00 a.m. – 5:00 p.m. (except holidays)

### 125 SOUTH WACKER MANAGEMENT STAFF

| | | |
|---|---|---|
| General Manager | Steve Milenkov | 312-346-5511 |
| Assistant General Manager | Dominique Flowers | 312-346-5511 |
| Property Administrator | Victoria Blackstock | 312-346-5511 |
| Tenant Services Coordinator | Daniel Pessah | 312-346-5511 |
| Security Director | Matt Combs | 312-346-5511 |
| Chief Engineer | Jim Drach | 312-346-5511 |
| Assistant Chief Engineer | Mark Myers | 312-346-5511 |

### SECURITY & LIFE SAFETY

125 South Wacker's security staff is on duty 24 hours a day, 7 days a week. In addition, our security staff uses CCTV and direct inspection methods to monitor the lobbies, freight elevators, and loading dock, as well as controlling after-hours access to the building.

125 South Wacker is equipped with state-of-the-art life safety systems to protect the tenants and the property. The tenant areas of the building are fully sprinkled and comply with all City of Chicago high-rise safety ordinances. The emergency systems that protect the building are constantly monitored by building security personnel in addition to around the clock monitoring from ADT and Tyco.

Fire drills and safety training will occur twice a year, and all tenants will be asked to participate. A tenant safety team that includes Fire Wardens, Assistant Fire Wardens, Searchers, Stairwell Monitors and Elevator Monitors must be chosen by each tenant for each suite or floor that is occupied.

Guidebook For 125 South Wacker Tenants

A copy of the Emergency Safety Procedures Handbook will be provided to each occupant of the building. Additional copies are always available by contacting the Management Office.

If a problem arises after hours, please call Building Security at 312-346-5511. The Management Office main phone number (312-346-5511) is also answered by security outside of regular business hours.

Guidebook For 125 South Wacker Tenants

## BUILDING PROCEDURES

### BUILDING HOURS

**Monday - Friday**      **8:00 a.m. – 6:00 p.m.**
**Saturday**             **8:00 a.m. – 1:00 p.m.**

125 South Wacker is closed on Sundays and the following holidays:

| | |
|---|---|
| New Year's Day | Thanksgiving Day |
| President's Day | Day After Thanksgiving |
| Memorial Day | Christmas Eve |
| Independence Day | Christmas Day |
| Labor Day | New Year's Eve |

Authorized persons may enter the building at any time provided they have a valid identification keycard.

All employees entering the building after 6:00 p.m. on weekdays and all day Saturday and Sunday must have after-hours access on their keycard for building access.

### TENANT COMMUNICATION

Upon move-in, each tenant will be required to complete a Tenant Contact Information Sheet that includes contacts for general and emergency correspondence, after-hours access, signatories for property removal passes, key control authorities, and persons responsible for lease payments, as well as the option to be included in the electronic lobby directory. Completed forms and attached signature pages must be returned to the Management Office. It is important to update the contact sheets as changes are made and to send any updates to the Management Office. On an annual basis, all tenants will be asked to review and update their forms.

### LOCKS & KEYS

The Management Office provides each tenant with two keys to each door in the suite and will supply additional keys and/or replacements at an additional cost. For your protection, the keying system is proprietary. Unauthorized locksmiths cannot duplicate keys. The Management Office must approve the change or addition of any locks in your office. All keys must be returned to the Management Office at the end of the lease.

Each tenant will need to identify at least one Key Control Authority (KCA) who is a designated tenant representative that will authorize key requests through the Management Office. The list of KCA's must be sent to the Management Office before any key duplication requests can be fulfilled.

### IDENTIFICATION KEYCARDS

Each tenant employee working at 125 South Wacker must carry a building standard identification keycard in order to gain access to the building. Temporary employees and consultants working in the building for more than one week will also need an ID keycard. The Key Control Authority designated by the tenant will be authorized to approve keycards.

Guidebook For 125 South Wacker Tenants

New Hire Process

Prior to a new employee's first day of work at the building, please request an ID keycard for them through Angus Anywhere, the tenant services web portal. Until a permanent ID keycard is obtained, new employees will be required to register as visitors.

New employee keycards must be requested through Angus Anywhere. Please allow until the end of the business day to receive a requested ID keycard. If time allows, it is possible that the keycard will be printed immediately. If not, the Badge Officer will deliver the card upon completion.

Group Hires

If a large group of new employees requires ID keycards, please follow the same procedure for a single new hire and list the names for all incoming employees on the work order request.

Reporting & Replacement of a Lost ID

Please notify the Management Office immediately of lost keycards by sending a work order request through Angus Anywhere. The keycard will be cancelled and a replacement will be issued. There is a $15 charge for all replacement cards. This charge will be applied to your rent statement.

Terminated Employees

Please notify the Management Office immediately when an employee is terminated so that the keycard will be cancelled. Only the designated tenant representatives are authorized to make these requests. Please submit a work order through the tenant services portal. The work order should include the full name of the employee, the effective date of the termination, and if there will be any special circumstances that must be followed (*example*: terminated employee will be back to pick up belongings and must be escorted.) Please send notification email to Matthew.Combs@am.jll.com.

Forgotten ID'S

All individuals with an active ID keycard who have forgotten their ID will be required to register at the security desk in order to access the building. Upon verification of access permission, either by a look up in our security system or via contact with the designated tenant representative, verified employees will then be allowed access to the 125 South Wacker lobby and elevators. Further access to tenant space will be allowed using tenant-specific security procedures. After three (3) consecutive days of a forgotten ID keycard, the individual will be required to obtain a new keycard on the fourth day. Please refer to the Lost ID procedure.

## VISITOR REGISTRATION

All visitors to the tenants of 125 South Wacker are required to register at the security desk located in the lobby. A government-issued photo ID must be presented at the time of check-in. Tenant companies can pre-register visitors through a web-based visitor management system: i-Visitor. Please contact the Management Office for information. In the event that i-Visitor is not available, notifications may be emailed to: Matthew.Combs@am.jll.com

If an unregistered visitor arrives, building staff will phone the appropriate contact person to gain authorization for the visitor.

Visitors will be issued a paper ID badge valid for the day of the visit only. All visitors will be directed to the main reception floor of the respective tenant company.

Visitors arriving after regular business hours (refer to Hours of Operation) will register following the same process as above. However, it is necessary for the tenant employee to escort the visitor into the building.

Guidebook For 125 South Wacker Tenants

For events involving 50 or more visitors, a separate registration table will be set up in the designated lobby. The cost of security to staff the table will be charged to the tenant. For these large events, a complete, alphabetized and all-inclusive list of attendees must be provided at least 24 hours in advance of the event.

## FOOD DELIVERIES

During regular building hours, Monday through Friday, food deliveries may be brought up to the tenant suites. Delivery personnel will be directed to the tenant's main reception floor. After hours, tenant employees will be required to meet the delivery in the Lobby.

## PROPERTY REMOVAL PASSES

Property Removal Passes are used for the removal of any bulk items and packages that may appear to be property of the tenant company. Such items can be but are not limited to: computers and electronic equipment, furniture, artwork, and personal property, not including briefcases or other luggage.

The passes can be accessed through our property website at http://www.125swacker.com under the security section in tenant resources. The universal password to enter the tenant resources tab is "jll@125". Each tenant is to provide the Management Office with a list of authorized signers for property removal passes. The signature on the pass will be verified by a security officer before the tenant employee exits the building.

The 125 South Wacker Property Removal Pass must have the following sections completed:

Date
Name of the employee removing items (ID will be verified)
Tenant Company
Authorized signature
Company or Personal property box checked
Description of items being removed

When exiting the building, the security officer will ask for the pass and all contents will be verified to match those listed on the form. The top copy (white) will be retained by the employee removing the property. The middle copy (pink) will be retained by 125 South Wacker Security and the bottom copy (yellow) is retained by the tenant employer.

Guidebook For 125 South Wacker Tenants

## BUILDING FEATURES & LOCAL SERVICES

### ELEVATOR SERVICE

| | |
|---|---|
| Low Rise Elevators: | Lobby and Floors 2 - 17 |
| High Rise Elevators: | Lobby and Floors 17 - 31 |
| Service Elevator: | Floor LLC, LLB, LLA and 1st Floor |
| Freight Elevator: | LLC – 32nd Floor |

Guidebook For 125 South Wacker Tenants

## WEBSITE

Tenants are able to access the property's website at www.125swacker.com. The universal password to enter the tenant resources tab is "jll@125"

## PARKING

**CME Center**
10-30 South Wacker
Exclusive VIP Promotion, Monthly
Rates of $349*

Morning Special: $19.00
In by 9am, out by 8 pm with 5 hour minimum

**Contact Scott Chivers at 312-906-8525 or Scott.chivers@abm.com**

## BICYCLE PARKING

Bicycle parking is available to employees of tenants at 125 South Wacker Drive only. Individuals wishing to participate will sign a Release form and a copy of the Rules and Regulations. Signed Release forms and signed Rules and Regulations should be brought to the Management Office in Suite 210.

The bicycle rack is located on Lower Level A in the Bike Storage room. Bicycles will be brought into the Bike Storage room by way of the freight elevator only. Bicycle parking will be on a first come, first served basis.

Hours of access are Monday through Friday, 6:00 a.m. – 8:00 p.m. There will be no access on the weekends or holidays. Registered bicycles may be left overnight or over the weekend.

In the event that all racks are full, there is an additional bike rack located on the back driveway near the back lobby doors. The Security Command Center monitors these racks via remote cameras.

The freight elevator is to be accessed from the alley on the East side of 125 South Wacker Drive. Enter the alley from Adams Street. Once entering inside the back door, proceed to the freight elevator just inside on the left. Take the freight elevator to Lower Level A/Dock. The bike rack is located in the room indicating "Bike Storage" when exiting the elevator. This is the only area inside the building where parking of bicycles is permitted. The shuttle elevator is only to be used in instances when the freight elevator is out of service. No bicycles are ever to be taken through the lobby or inside the passenger elevators.

Participants will walk the bicycles from the alley entrance to the bike racks. Bicycles will not be ridden in the alley at any time. Bicycles will not be brought into the building or taken into the building via the front lobby entrance.

## RETAIL

Au Bon Pain
Lobby
312-422-1342
Monday through Friday,
6:00 a.m.- 6:00 p.m.

E*Trade Financial
Suite 100
866-789-0712
Monday through Friday
8:00 a.m.- 5:00 p.m.

Guidebook For 125 South Wacker Tenants

## CONCIERGE

125 South Wacker tenants may utilize the complimentary services of an on-site Concierge. Corporate Concierge Services provides complete corporate and personal support through a worldwide network of business, entertainment and leisure vendors. Our Concierge, Annie Opaltchenski, can help with any request from the ordinary to the exceptional.

Annie will be on site every *Monday and Thursday* from 8:30 a.m. to 5 p.m. You can also reach her via email Monday through Friday from 8:30 a.m. to 5:00 p.m. Please contact Annie Opaltchenski at aopaltchenski@corporateconcierge.com.

## LIFESTART FITNESS CENTER

A limited number of memberships to the LifeStart Wellness Network Fitness Center are available to 125 South Wacker tenants. For full details on membership opportunities, please contact Michelle Williams, the General Manager of the Fitness Center, mwilliams@lifestart.net or by telephone (312) 229-4094.

Fitness Center Hours of Operation: Monday through Friday: 5:30 a.m. – 8:00 p.m.

Staffed Hours:
Monday          10:00 a.m. – 7:00 p.m.
Tuesday         6:30 a.m. – 3:30 p.m.
Wednesday       10:00 a.m. – 7:00 p.m
Thursday        6:30 a.m. – 3:30 p.m.
Friday          6:30 a.m. – 3:30 p.m.

## CONFERENCE CENTER

Located on the 2nd floor, the Conference Center is available for use by all building tenants. The Loop conference room can accommodate up to 50 people and is set up auditorium style. In addition there are two smaller conference rooms. The Navy Pier room can hold up to 16 people. This room is set up training style and has 8 tables. The Grant Park room has one large boardroom table and can fit up to 12 people. The Conference Center furniture is flexible and can be arranged to suit your needs.

The charges will be included on your monthly rent statement. Included in the rate are set-up and clean-up as well as phone calls and internet usage. (Note: international calls are not authorized unless approved in advance.) For more information please contact Victoria Blackstock at (312) 346-5511 or Daniel.Pessah@am.jll.com

Conference Center Charges:
**Half day is anything under 4 hours

The Loop:          Full Day $400.00
The Loop:          Half Day $250.00
Grant Park:        Full Day $150.00
Grant Park:        Half Day $100.00
Navy Pier:         Full Day $150.00
Navy Pier:          Half Day $100.00

Guidebook For 125 South Wacker Tenants

## MAIL SERVICE

The U.S. Postal Service delivers incoming mail Monday through Friday to each tenant's suite. The U.S. Postal Service normally delivers mail between 11 a.m. and 2 p.m.

Federal Express, DHL, and UPS overnight services will pick up mail from your suite upon request. There are UPS and FedEx drop boxes located in the mail room on A Level.

Outgoing mail may be given to the postal carrier when the mail delivery is made. There is an outgoing mailbox located in the mail room on A Level.

## LOADING DOCK

The 125 S. Wacker Loading Dock is located on Lower Wacker Drive, South of Monroe. It is clearly identified. Major moves in and out of the building must be scheduled at least 72 hours in advance with the Office of the Building and must occur after normal business hours (M-F 6:00 p.m. – 6:00 a.m. or Saturday and Sunday). The sizes and capacity of the Loading Dock are detailed below. To schedule after hours deliveries, please contact our office at 312-346-5511.

        Loading Dock Dimensions
        Number of Loading Berths:      2 berths for loading/unloading

        Berth Dimensions: South  21'8" W x 31'3" D x 12'2" H (should accommodate two trucks)
                              North  21'8" W x 35'8" D x 11'6" H (should accommodate one truck)

      **NOTES:**        Although Lower Wacker has been heightened to 13' 9" to accommodate larger trucks, our dock height remains 12'2". Parking is not permitted on the dock at any time.

Dock Hours
Monday – Friday               6:00 a.m. – 6:00 p.m.
Saturday – Sunday          By Appointment
Phone Number                312-346-5511

The loading dock is accessible from the east side of Lower Wacker Drive at Monroe Street. The loading dock is for deliveries only. Personal vehicles in the dock will be towed at the owner's expense. The size of delivery trucks is limited, and semi-trailer trucks cannot be accommodated.

When possible, please give a minimum of 24-hours' notice to the Management Office for any large deliveries (those taking more than 45 minutes to unload). Regularly scheduled tenant deliveries (weekly, monthly) can be registered with the dock office to expedite the delivery process. Please contact the Management Office for more information.

All deliveries entering the building will be screened at the loading dock prior to delivery. Large deliveries (pallets, etc.) can be brought directly to the tenant's space via the freight elevators if prior authorization is given, and they are accompanied by designated building personnel.

## PUBLIC TRANSPORTATION

125 South Wacker is very accessible to tenants and visitors via public transportation.

Guidebook For 125 South Wacker Tenants

METRA: Union Station is nearby, located on Canal between Jackson and Adams. The Northwestern/Ogilvie Metra Station is located at Madison and Canal.          For information visit: www.metrarail.com

CTA: 125 South Wacker is in close proximity to all of the Chicago Transit Authority train lines. The CTA's Quincy elevated train station is just a few blocks away, on Wells Street. The Blue line subway runs along Dearborn Street, and the Red line subway along State Street.

BUS: Several bus routes run within blocks of 125 South Wacker coming from the north, south, east and west sides of Chicago.

For detailed transportation information visit: www.transitchicago.com

## CAB STANDS

Taxicab company phone numbers for "pick-up" service are as follows:

| | |
|---|---|
| American United | 773-248-7600 |
| Checker | 312-243-2537 |
| Flash | 773-561-1444 |
| Fleet | 773-928-5006 |
| Yellow | 312-829-4222 |

Guidebook For 125 South Wacker Tenants

## LOCAL RESTAURANTS

A partial list of restaurants in close proximity to 125 South Wacker:

Boston Blackie's
120 S. Riverside
312-382-0700

Chipotle
230 W. Monroe
312-727-0054

Corner Bakery
233 S Wacker
312-466-0200

Cosi
230 W. Monroe
312-782-4755

Freshii
311 S Wacker
312-435-0311

Giordano's
233 W Jackson Blvd
312-583-9400

Gold Coast Dogs
2 N. Riverside
312-879-0447

Hot Woks Cool Sushi
312 W Adams
312-220-0011

Lloyd's
1 S. Wacker
312-407-6900

Luke's Italian Beef
215 W Jackson Blvd
312-939-4204

NYC Bagel Deli
300 S Wacker
312-922-7500

One North Kitchen & Bar
1 N. Wacker
312-750-9700

Panera Bread
250 S Wacker
312-496-0021

Potbelly
150 S Wacker
312-419-1148

Rivers
30 S. Wacker
312-559-1515

Roti Mediterranean Grill
310 W Adams
312-236-3500

Specialty's Café & Bakery
525 W Monroe
877-502-2837

Sopraffina
222 W. Adams
312-726-4800

South Branch Tavern & Grille
100 S Wacker
312-546-6177

Starbucks
100 S Wacker
312-781-9845
312-759-5559

Subway
309 W. Monroe
312-332-0660
Across from Hyatt Center on Monroe

The Metropolitan Club
233 S Wacker
312-876-3200

Townhouse Restaurant & Wine Bar
111 S Wacker
312-948-8240

June 2015

Guidebook For 125 South Wacker Tenants

## TENANT SERVICES

### RENTAL PAYMENTS & BILLING PROCEDURES

125 South Wacker will send out monthly rent statements that will include additional service charges that are incurred. Rent is due on the first day of each month.

Please make your check payable to **ML-AI 125 Wacker, LLC** and include the tenant name.

Rent payments can be paid:

By Wire:

> JPMorgan Chase
> ABA #021000021
> Account:475203933
> Account Title: Jones Lang LaSalle, Independent Contractor for 125 S. Wacker ITF ML•AI 125 Wacker, LLC

By Regular Mail:

> Jones Lang Ind Cont 125
> 26519 Network Place
> Chicago, IL 60673-1265

By Overnight Mail:

> JPMorgan Chase
> 525 West Monroe Street, 8th Floor
> Chicago, IL 60661
> Attention: Jones Lang Ind Cont 125, Box #26519
> Contact Info: Phone 312-336-2744

### EXTRA SERVICE WORK

The Management Office is able to provide additional services such as carpet cleaning, exterminating, extra security service or extra window cleaning through the building contractors, for an additional charge. Tenants choosing to use an outside contractor for additional services must obtain approval from the Management Office in advance, and must provide a Certificate of Insurance that meets the building's requirements.

Service Charges:

| | |
|---|---|
| Engineer Request Regular: | $60.00 per hour |
| Engineer Request Overtime: | $90.00 per hour |
| Engineer Request Holiday: | $150.00 per hour |
| Additional Cleaning Regular: | $45.00 per hour |
| Additional Cleaning Overtime: | $60.00 per hour |
| Additional Cleaning Holiday: | $100.00 per hour |

June 2015

Guidebook For 125 South Wacker Tenants

## HEATING, VENTILATION & AIR CONDITIONING

Unless otherwise specified in the Lease, regular heating, ventilating and air conditioning hours are:

| | |
|---|---|
| Monday – Friday | 8:00 a.m. – 6:00 p.m. |
| Saturday | 9:00 a.m. – 1:00 p.m. |

Tenants must receive written approval from the Management Office prior to using any other form of supplemental heating or air conditioning in their suites, such as units servicing a computer equipment room. Per building rules and regulations, <u>personal space heaters are not allowed in the building as they are a fire hazard</u>. For all temperature-related issues, please contact the Management Office and an engineer will be dispatched to address the concern.

After-Hours HVAC Service
Tenants requiring after-hours HVAC service should notify the Management Office prior to 2:00 p.m. on the day service is required, and no later than 5:00 p.m. on Friday for weekend service. When making the request please specify start and stop times. A minimum service time of one half-hour applies. Charges for additional HVAC services will appear on the monthly rent statement.

If the HVAC system has already cycled off for the day, and a request is made after that time, a double-time charge for the first hour of service will apply because of an increased cost to re-start the system.

HVAC Charges:
| | |
|---|---|
| Air Conditioning per hour: | $106.50 |
| Heating per hour: | $106.50 |
| Saturday HVAC After 4pm: | $150.00 |
| Sunday HVAC: | $150.00 |
| Holiday HVAC: | $215.00 |

Energy Conservation
Tenants of 125 South Wacker are asked to help curtail energy use by turning off all unnecessary lights and appliances at the end of the working day. Building cleaning staff will turn off lights when they are finished cleaning the tenant space.

## JANITORIAL SERVICES

During the weekdays, 125 South Wacker provides janitorial services in all tenant and public areas. Our janitorial services staff maintains the building's cleanliness and can quickly respond to tenant needs. Janitorial staff is on duty during regular business hours to accommodate additional cleaning requirements. Should additional cleaning or trash removal services be required, please submit a work order request through Angus Anywhere or contact the Management Office to arrange for service.

Cleaning in tenant suites is provided each week night beginning at 5:00 p.m. On a nightly basis, our staff will empty trash, vacuum, dust, spot clean glass, dust mop hard floors, etc. For an additional charge; refrigerator cleaning, kitchen maintenance, dishwashing, microwave cleaning and other special cleaning services can be arranged through a work order request in Angus or by contacting the Management Office.

## RECYCLING

125 South Wacker has an active recycling program available to all tenants of the building. Upon request, each tenant employee will be furnished with a blue desk side container for recycling paper only. Larger containers for use in copy rooms must be purchased by the tenant. For additional blue desk side containers, please contact the Management Office.

Guidebook For 125 South Wacker Tenants

If paper is contaminated by food or liquid left in coffee cups or pop cans, it cannot be recycled. Because this has been the main obstacle in recycling trash, please keep wet trash separate from dry trash. Dispose of all wet trash (cups, pop cans, juice bottles, cans, left over food and its containers) in the appropriate receptacles in your coffee area/lunch room or cafeteria.

Acceptable Recycling Materials for Desk Side Containers:

| | | |
|---|---|---|
| White Paper | Magazines | Post-It Notes |
| Colored Paper | *All Envelopes | Blue Prints |
| Glossy Paper | Newspaper | Manila Folders |
| Junk Mail | Brochures | Cardboard |

*Tyvek envelopes cannot be recycled.
Paperclips, staples, rubber bands and envelope windows do not need to be removed.

Unacceptable Recycling Materials for Desk Side Containers:

| | | |
|---|---|---|
| Food Waste | Paper Towels | Photographs |
| Tissue | Waxed Paper | Plastic Coated Paper |
| Napkins | Food Wrappers | |

Toner cartridges can typically be recycled through the vendor of purchase.

125 South Wacker also provides a recycling program for aluminum cans, glass, and *plastic. Each tenant is furnished with a container for collecting the materials. These containers are typically placed in a pantry or work room. The containers are emptied several times per week depending on volume.

*Only containers with numbers 1 through 5 and 7 in the recycling triangle can be recycled. You can usually find the triangle on the bottom of the container.

If you would like to have one of these containers delivered to your office, please contact the Management Office.

## SIGNAGE

Building Directory
The Management Office maintains the electronic directory that is located in the lobby. Company and individual employee names are listed at each tenant's discretion. Changes to the directory must be submitted in writing to the Management Office.

Signage & Suite Indemnification
Each tenant has the right to display its company name and/or logo on its entry doors or within its suite. The Management Office must approve all new tenant signage or changes to existing signage, and can also help with recommendation of a qualified vendor.

## TENANT INTERIORS & ALTERATIONS

Construction Work
Office suites are ordinarily built to suit the needs of individual tenants prior to move-in. Should your office needs change and require alteration of your space, please observe the following rules:

Request a current copy of the building's Contractor Rules and Regulations, which can also be found on the website. <u>All contractors working in 125 South Wacker must be Union members.</u>

The Management Office must approve all tenant alterations or remodeling in writing before work begins.

Guidebook For 125 South Wacker Tenants

Tenant contractors will be required to comply with all building rules and regulations. A certificate of insurance listing the appropriate parties as additional insureds and providing evidence of the required coverage and limits must be submitted prior to beginning any construction. Failure to provide the necessary level of insurance coverage will result in stop of work until compliance can be proven.

Upon arriving at the building, the contractor must provide identification at the loading dock entrance in return for a building pass. The building pass must be worn at all times while in the building.
Contractors are expected to utilize only the service elevators for ingress and egress, and to abide by all safety and security policies and procedures of 125 South Wacker.

Tenant Space Repairs
125 South Wacker does not loan or rent property-owned tools or equipment to tenants or their vendors and contractors. 125 South Wacker staff can perform a variety of minor repairs to tenant spaces. The building's engineers repair items such as locks, light fixtures, sinks or supplemental HVAC equipment. The engineering department can also install pictures and shelving. Please have your authorized representative make such requests in advance (except in cases of emergencies) to the Management Office. Appropriate charges for labor and materials will apply and will appear on the tenant rent statements.

Guidebook For 125 South Wacker Tenants

## MOVING INFORMATION

## GUIDELINES FOR TENANTS & MOVERS

All major move ins/outs must take place during non-business hours before 6:00 a.m. or after 6:00 p.m. Monday through Friday or any time Saturday or Sunday. Major moves are those taking more than 45 minutes to load or unload. All major moves must be scheduled at least 72 hours in advance by contacting the Management Office. The request will be reviewed and approved if the hours are available. Tenants will be notified via phone or email of the confirmation.

The moving company must have a current Certificate of Insurance on file with the Management Office prior to any move in activity. The additional insured and dollar amounts must meet or exceed the specified requirements. For a copy of the current insurance requirements, please contact the Management Office.

All Moving companies and vendors must be signatory to a current Labor Agreement and only Union members of those companies may perform the work.

Protection
Freight Elevators: Corner boards must be provided on all doorjambs, including elevators. In common area corridors and lobbies, suitable protection must be provided to protect walls, doors and elevators. Damage to common areas by tenant movers will be repaired at tenant expense.

Passenger Elevators
If approved to be utilized during tenant move in for personnel, personal items or small equipment items, elevators must be protected. 125 South Wacker will provide standard elevator pads. Cars will be examined by Management prior to move to assess current status. Tenant must provide any additional protection they deem appropriate to prevent any and all damage to the cars in use during the move. Tenant must engage ThyssenKrupp to insure weight limitations and make appropriate adjustments to cars. Damage will be repaired by 125 South Wacker at tenant's expense.

Damaged Elevators
All damage to elevator cars such as broken safety edges, broken doors or damaged controls will be repaired by the building designated contractor at the tenant's expense.

Loading Dock
The loading dock is located and entered into on the east side of lower Wacker Drive below upper Wacker Drive and Adams Street. The size of delivery trucks is limited. No semi-trailer trucks are allowed. Each tenant must ensure that all of their vendors and movers have toured the loading dock area in advance of any move in activity in order to view the restrictions as to size and length of vehicles as well as understand the building security requirements for the move. This tour should be arranged through the Office of the Building.

Tenant Floors
Carpet protection from elevator to tenant space must be provided either with plywood or masonite. Walls and doors must be covered as needed.

Clean-Up
Removal of plywood, masonite, tape, pads, corner boards, empty containers, boxes and carts from public areas (corridors, elevators, lobby, etc.) must be accomplished prior to the following business day.

Guidebook For 125 South Wacker Tenants

## DOCK HOURS

Monday – Friday, 6:00 a.m. – 6:00 p.m.  By Request Only
Saturday – Sunday:  By Request Only

**Loading Dock/Freight Elevator can be scheduled for weekend/holidays and after-hours. Please contact the Building Management Office at 312-346-5511 for availability and scheduling.

## FREIGHT ELEVATOR DIMENSIONS

Loading Dock information for moving companies

The freight elevator is controlled by a key card reader, which can be operated after hours by authorized key cards only.   Reservations must be made with The Office of the Building, in order to schedule personnel to operate the elevator.  A charge of $100/ hour with a 4-hour minimum will be assessed to the tenant for use. Scheduling should be arranged a minimum of 24 hours in advance with The Office of the Building. Should it be necessary to move any oversize equipment, the chief engineer must be consulted. Any hoisting requiring use of ThyssenKrupp Elevator personnel will be billed to tenant per the ThyssenKrupp rate.

The 125 S. Wacker Loading Dock is located on Lower Wacker Drive, South of Monroe.  It is clearly identified.  Major moves in and out of the building must be scheduled at least 72 hours in advance with the Office of the Building and must occur after normal business hours (M-F 6:00 p.m. – 6:00 a.m. or Saturday and Sunday).  The sizes and capacity of the Loading Dock are detailed below.  To schedule after hours deliveries, please contact our office at 312-346-5511.

Loading Dock Dimensions
Number of Loading Berths:        2 berths for loading/unloading

Berth Dimensions: South  21'8" W x 31'3" D x 12'2" H (should accommodate two trucks)
North  21'8" W x 35'8" D x 11'6" H (should accommodate one truck)

**NOTES:**        Although Lower Wacker has been heightened to 13' 9" to accommodate larger trucks, our dock height remains 12'2".  Parking is not permitted on the dock at any time.

FREIGHT ELEVATOR INFORMATION FOR MOVING COMPANIES

| | |
|---|---|
| Weight capacity / speed: | 8,000 lbs. / 700 fpm |
| Height from floor to top of cab: | 144" at center, 198" at perimeter |
| Door opening: | 60" wide |
| Door height: | 96" high |
| Length from side to side: | 82" |
| Length from back to front: | 122" |

Location: Northeast corner of the building serving the lower levels through the 31st Floor.

Tenants moving in or out of the building who require use of the freight elevator must notify the Office of the Building at least 72 hours (3 business days) prior to the move in order to reserve a Security Officer for the move.

Guidebook For 125 South Wacker Tenants

\* Keycards may be requested in writing by the Tenant for after-hours use by contacting the Security Director at the Office of the Building.

\*\* Special requests for after-hours use, which are made on a first-come, first-served basis, must be scheduled 72 hours (3 business days) in advance by contacting the Security Director at the Office of the Building.