IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WACKER DRIVE EXECUTIVE SUITES, LLC, on behalf of itself, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>JONES LANG LASALLE AMERICAS (ILLINOIS), LP,<br><br>    Defendant. | Case No. 1:18-cv-5492<br><br>Magistrate Judge Sunil R. Harjani |

**DEFENDANT JONES LANG LASALLE AMERICAS (ILLINOIS), LP'S
PARTIAL MOTION TO DISMISS PLAINTIFF'S
<u>FIRST AMENDED CLASS ACTION COMPLAINT</u>**

Defendant Jones Lang LaSalle Americas (Illinois), LP ("JLL"), by its attorneys, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss new claims brought by Plaintiff Wacker Drive Executive Suites, LLC ("Plaintiff" or "WDES") in its Amended Complaint. Specifically, JLL moves to dismiss Plaintiff's allegations that JLL violated Section 8(b)(4)(ii)(A) and (B) of the National Labor Relations Act (the "NLRA"), 29 U.S.C. § 158(b)(4)(ii)(A) and (B). In support of its Motion, JLL incorporates the Memorandum of Law filed herewith, and states as follows:

The Amended Complaint fails to state a claim upon which relief can be granted under Section 8(b)(4)(A) and (B) of the NLRA because this section can only be violated by *unions*, and JLL is indisputably is not a union.

WHEREFORE, JLL respectfully requests that this Honorable Court grant JLL's Partial Motion to Dismiss Plaintiff's Amended Complaint and enter an Order dismissing Plaintiff's claims with respect to Section 8(b)(4)(A) and (B) of the NLRA with prejudice.

Dated: September 20, 2019

Respectfully submitted,

JONES LANG LASALLE AMERICAS (ILLINOIS), LP

*/s/ Scott T. Schutte*
    One of Its Attorneys

Philip A. Miscimarra
Scott T. Schutte
Stephanie L. Sweitzer
Kevin F. Gaffney
Heather J. Nelson
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Tel: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@moganlewis.com
scott.schutte@morganlewis.com
stephanie.sweitzer@morganlewis.com
kevin.gaffney@morganlewis.com
heather.nelson@morganlewis.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on the 20th day of September 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification to the following attorneys of record for Plaintiff:

Ryan F. Stephan
James B. Zouras
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
Tel: +1.312.233.1550
rstephan@stephanzouras.com
jzouras@stephanzouras.com

Howard W. Foster
Matthew A. Galin
FOSTER PC
150 N. Wacker Drive, Suite 2150
Chicago, Illinois 60606
Tel: +1.312.726.1600
hfoster@fosterpc.com
mgalin@fosterpc.com

Aaron R. Walner
THE WALNER LAW FIRM LLC
555 Skokie Boulevard, Suite 250
Northbrook, Illinois 60062
Tel: +1.312.371.2308
awalner@walnerlawfirm.com
walner@walnerlawfirm.com

*Attorneys for Plaintiff*

*/s/ Scott T. Schutte*
Scott T. Schutte