# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WACKER DRIVE EXECUTIVE SUITES, LLC, on behalf of itself, individually, and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:18-cv-5492 |
| v. | Magistrate Judge Sunil R. Harjani |
| JONES LANG LASALLE AMERICAS (ILLINOIS), LP, | |
| Defendant. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **September 26, 2019 at 9:45 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Sunil R. Harjani or any other Judge sitting in his place in the courtroom usually occupied by him, Courtroom 1858 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and shall present **Defendant's Partial Motion to Dismiss Plaintiff's First Amended Class Action Complaint**, a copy of which is attached and hereby served upon you.

Dated: September 20, 2019

Respectfully submitted,

JONES LANG LASALLE AMERICAS (ILLINOIS), LP

By: */s/ Scott T. Schutte*
    One of Its Attorneys

Scott T. Schutte
Philip A. Miscimarra
Stephanie L. Sweitzer
Kevin F. Gaffney
Heather J. Nelson
Morgan, Lewis & Bockius LLP

1

77 West Wacker Drive
5th Floor
Chicago, IL 60601
Tel: 312.324.1000
Fax: 312.324.1001
scott.schutte@morganlewis.com
philip.miscimarra@moganlewis.com
stephanie.sweitzer@morganlewis.com
kevin.gaffney@morganlewis.com
heather.nelson@morganlewis.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I certify that on the 20th of September, 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification to the following attorneys of record for Plaintiff:

Ryan F. Stephan
James B. Zouras
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
Tel: +1.312.233.1550
rstephan@stephanzouras.com
jzouras@stephanzouras.com

Howard W. Foster
Matthew A. Galin
FOSTER PC
150 N. Wacker Drive, Suite 2150
Chicago, Illinois 60606
Tel: +1.312.726.1600
hfoster@fosterpc.com
mgalin@fosterpc.com

Aaron R. Walner
THE WALNER LAW FIRM LLC
555 Skokie Boulevard, Suite 250
Northbrook, Illinois 60062
Tel: +1.312.371.2308
awalner@walnerlawfirm.com
walner@walnerlawfirm.com

*Attorneys for Plaintiff*

*/s/ Scott T. Schutte*