# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Wacker Drive Executive Suites, LLC

                                    Plaintiff,

v.                                                                  Case No.: 1:18−cv−05492
                                                                 Honorable Sunil R. Harjani

Jones Lang LaSalle Americas (Illinois), LP

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 24, 2019:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing held and continued to 10/16/2019 at 9:15 a.m. Parties reported on the status of discovery. Counsel advised that while both parties have exchanged some MIDP discovery, a dispute has arisen regarding the need for Plaintiff to obtain documents from the landlords. By 10/4/2019, Defendant shall file a status report listing: (1) any landlords, for whom Defendant will produce documents; (2) any landlords, for whom Defendant will not produce documents because the documents are not in Defendant's custody, possession or control; and (3) any "union stewards" for the buildings at issue. By 10/11/2019, the parties shall meet and confer to resolve as many disputes regarding written discovery as possible. If necessary, the Court will revisit the deadline for the Motion for Class Certification after Defendant's status report is filed. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.