# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Wacker Drive Executive Suites, LLC

                                        Plaintiff,

v.                                                          Case No.: 1:18−cv−05492
                                                                       Honorable Sunil R. Harjani

Jones Lang LaSalle Americas (Illinois), LP

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 16, 2019:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing held and continued to 11/19/2019 at 9:15 a.m. Counsel reported on the progress of discovery. By 10/21/2019, Defendant shall respond to Plaintiff's Interrogatory No. 5. Plaintiff's request to extend the motion for class certification briefing schedule is entered and continued. Before the next status hearing, counsel shall meet and confer regarding a reasonable joint proposed schedule for class certification briefing. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.