THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WACKER DRIVE EXECUTIVE SUITES, LLC, on behalf of itself, individually, and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>JONES LANG LASALLE AMERICAS (ILLINOIS), LP,<br>Defendant. | Case No. 1:18-cv-5492<br><br>Magistrate Judge Sunil R. Harjani |

## JOINT STIPULATION OF FACT

Plaintiff Wacker Drive Executive Suites, LLC ("Plaintiff" or "WDES"), individually and on behalf of all others similarly situated, and Defendant Jones Lange LaSalle Americas (Illinois), LP ("Defendant"), hereby stipulate and agree that the size of the putative class as described in the First Amended Complaint is so numerous that joinder of all members is impracticable, thus satisfying the numerosity requirement of Fed. R. Civ. P. 23(a)(1).

Date:   November 12, 2019                                     Respectfully Submitted,

*s/ Anna M. Ceragioli*                                        *s/ Heather J. Nelson*

Anna M. Ceragioli                                             Heather J. Nelson
STEPHAN ZOURAS, LLP                                           MORGAN LEWIS & BOCKIUS, LLP
100 N. Riverside Plaza, Suite 2150                            77 West Wacker Drive, 5th Floor
Chicago, IL 60606                                             Chicago, IL 60601
aceragioli@stephanzouras.com                                  heather.nelson@morganlewis.com

ONE OF PLAINTIFFS' ATTORNEYS                                  ONE OF DEFENDANT'S ATTORNEYS

## **CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on November 12, 2019, I filed the attached with the Clerk of the Court using the electronic filing system which will send such filing to all attorneys of record.

<em>s/ Anna M. Ceragioli</em>