UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Wacker Drive Executive Suites, LLC
          Plaintiff,

v.           Case No.: 1:18−cv−05492
          Honorable Sunil R. Harjani

Jones Lang LaSalle Americas (Illinois), LP
          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 19, 2019:

    MINUTE entry before the Honorable Sunil R. Harjani: Status hearing held and continued to 1/8/2020 at 9:15 a.m. Parties reported on the status of the case and discovery. By 12/6/2019, the parties shall file a joint status report which identifies all deponents and agreed upon dates for those depositions. In light of the Objections to Subpoena Duces Tecum filed by International Union of Operating Engineers, Local 399 [93], a motion hearing is set for 12/3/2019 at 10:00 a.m. Plaintiff shall contact counsel for International Union of Operating Engineers, Local 399 and attempt to resolve the objections without judicial intervention. If Plaintiff and the non−party union are able to resolve the objections, Plaintiff shall file a status report to that effect, and the motion hearing set for 12/3/2019 will be stricken. Plaintiff further requested additional time to file its motion for class certification. For the reasons discussed in open court, Plaintiff's oral request is granted. By 1/31/2020, Plaintiff shall file its motion for class certification. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.