IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WACKER DRIVE EXECUTIVE SUITES, LLC, on behalf of itself, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JONES LANG LASALLE AMERICAS (ILLINOIS), LP,<br><br>Defendant. | Case No. 1:18-cv-5492<br><br>Hon. Sunil R. Harjani |

**PLAINTIFF'S STATUS REPORT ON SUBPOENA RESOLUTION**

Pursuant to the Court's November 19, 2019 order, the Plaintiff, Wacker Drive Executive Suites, LLC, by and through counsel, submits the following a status report regarding its subpoena on International Union of Operating Engineers, Local 399 ("IUOE, Local 399"):

1. On October 29, 2019, Plaintiff served IUOE, Local 39 with a subpoena duces tecum. (D.E. No. 93; D.E. No. 93-1).

2. On November 12, 2019, IOUE, Local 399 filed objections to Plaintiffs' subpoena duces tecum. (D.E. No. 93).

3. During the court status on November 19, 2019, the Court ordered that Plaintiff attempt to resolve IOUE, Local 399's subpoena duces tecum objections without judicial intervention. (D.E. No. 95) The Court further ordered that, should Plaintiff and the non-party union reach a resolution, that the December 3, 2019 motion hearing date shall be stricken.

4. On November 21, 2019 Plaintiff's counsel engaged in a telephonic conference with counsel for IUOE, Local 399 regarding the subpoena objections. In the interest of resolving the subpoena dispute, Plaintiffs' counsel agreed to limit the scope of the subpoena duces tecum and extend IUOE, Local 399's until December 13, 2019 to respond to Plaintiff's subpoena duces tecum.

5. As Plaintiff and IUOE, Local 399 have resolved the objections to the subpoena duces tecum, the December 3, 2019 hearing date may be stricken without prejudice.

Dated: November 25, 2019                    Respectfully Submitted,

                                                                                 */s/ James B. Zouras*
James B. Zouras
Ryan F. Stephan
Anna M. Ceragioli
Stephan Zouras, LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
312-233-1550
312-233-1560 f
jzouras@stephanzouras.com
rstephan@stephanzouras.com
aceragioli@stephanzouras.com

Howard Foster
Foster PC
150 N. Wacker Dr.
Suite 2150
Chicago, IL 60606
(312)726-1600
hfoster@fosterpc.com

Matthew Galin
Foster PC
150 N. Wacker Dr.
Suite 2150
Chicago, IL 60606
(312)726-1600

mgalin@fosterpc.com

Aaron Walner
THE WALNER LAW FIRM LLC
555 Skokie Boulevard, Suite 250
Northbrook, Illinois 60062
Tel: (312) 371-2308
awalner@walnerlawfirm.com
walner@walnerlawfirm.com

**ATTORNEYS FOR PLAINTIFF WDES AND THE PUTATIVE CLASS**

CERTIFICATE OF SERVICE

I, the attorney, hereby certify that on November 25, 2019, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

/s/ James B. Zouras