UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Wacker Drive Executive Suites, LLC
              Plaintiff,

v.                                          Case No.: 1:18–cv–05492
                                          Honorable Sunil R. Harjani

Jones Lang LaSalle Americas (Illinois), LP
              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 9, 2019:

     MINUTE entry before the Honorable Sunil R. Harjani: The Court has reviewed the parties' status report on depositions [98]. Defendant may not hold off its depositions until after Plaintiff's brief has been filed. That was not the intent with this Court's order on November 19, 2019. While the Court understands that Defendant wishes to take discovery on issues raised in Plaintiff's motion for class certification, taking depositions within the few weeks of a response brief due date is not the solution. By 12/30/19, Plaintiff shall submit a letter to Defendant that previews its arguments with as much detail as possible about why class certification is appropriate in this case. To be clear, Plaintiff will not be barred from raising other arguments in its brief as discovery develops before the filing date. Nevertheless, frank discussion about the basis for Plaintiff's belief that class certification is appropriate and will allow discovery to go forward. For its part, Defendant shall schedule its depositions for the month of January 2020 as Plaintiff has done and file an updated joint status report by 12/30/19. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.