**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| WACKER DRIVE EXECUTIVE SUITES, LLC, on behalf of itself, individually, and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:18-cv-5492 |
| v. | Magistrate Judge Sunil R. Harjani |
| JONES LANG LASALLE AMERICAS (ILLINOIS), LP, | |
| Defendant. | |

## UPDATED JOINT STATUS REPORT REGARDING DISCOVERY

Pursuant to the Court's November 19, 2019 Order (Dkt. No. 95) and December 9, 2019 Order (Dkt. No. 99), Plaintiff Wacker Drive Executive Suites, LLC ("WDES") and Defendant Jones Lang LaSalle Americas (Illinois), LP ("JLL") (collectively, "the Parties") respectfully submit the following Updated Joint Status Report, which includes Plaintiff's and Defendant's scheduled depositions through the month of January 2020:

## I. WDES'S DEPOSITIONS

WDES intends to depose the following individuals on the agreed upon dates in the chart listed below.

| Deponent | Agreed Upon Date |
|---|---|
| Frank Falzone | December 4, 2019 |
| JLL's Corporate Representative (Stephen Zsigray) | December 20, 2019 |

## II.     <u>JLL'S DEPOSITIONS</u>

JLL intends to depose the following individuals on the agreed upon dates in the chart listed below.

| Deponent | Agreed Upon Date |
|---|---|
| Larry Grossman | January 6, 2020 |
| Amy Grossman | January 27, 2020 |
| WDES's Corporate Representatives (Larry Grossman and Amy Grossman) | January 6, 2020<br>January 27, 2020 |

Dated:  December 20, 2019

Respectfully submitted,

WACKER DRIVE EXECUTIVE SUITES, LLC

/s/ James B. Zouras
    One of Its Attorneys

Ryan F. Stephan
James B. Zouras
Anna M. Ceragioli
STEPHAN ZOURAS, LLP
100 North Riverside Plaza, Suite 2150
Chicago, Illinois 60601
Tel: 312.233.1550
Fax: 312.233.1560
rstephan@stephanzouras.com
jzouras@stephanzouras.com
aceragioli@stephanzouras.com

Howard W. Foster
Matthew A. Galin
FOSTER PC
150 N. Wacker Drive, Suite 2150
Chicago, Illinois 60606
Tel: 1.312.726.1600
hfoster@fosterpc.com
mgalin@fosterpc.com

Aaron R. Walner
THE WALNER LAW FIRM LLC

JONES LANG LASALLE AMERICAS (ILLINOIS), LP

/s/ Scott T. Schutte
    One of Its Attorneys

Philip A. Miscimarra
Scott T. Schutte
Stephanie L. Sweitzer
Kevin F. Gaffney
Heather J. Nelson
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
5th Floor
Chicago, IL 60601
Tel: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@morganlewis.com
scott.schutte@morganlewis.com
stephanie.sweitzer@morganlewis.com
kevin.gaffney@morganlewis.com
heather.nelson@morganlewis.com

*Attorneys for Defendant*

555 Skokie Boulevard, Suite 250
Northbrook, Illinois 60062
Tel: 1.312.371.2308
awalner@walnerlawfirm.com
walner@walnerlawfirm.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 20th day of December 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification to the following attorneys of record for Plaintiff:

Ryan F. Stephan
James B. Zouras
Anna M. Ceragioli
STEPHAN ZOURAS, LLP
100 North Riverside Plaza, Suite 2150
Chicago, Illinois 60601
Tel: 1.312.233.1550
rstephan@stephanzouras.com
jzouras@stephanzouras.com
aceragioli@stephanzouras.com

Howard W. Foster
Matthew A. Galin
FOSTER PC
150 N. Wacker Drive, Suite 2150
Chicago, Illinois 60606
Tel: +1.312.726.1600
hfoster@fosterpc.com
mgalin@fosterpc.com

Aaron R. Walner
THE WALNER LAW FIRM LLC
555 Skokie Boulevard, Suite 250
Northbrook, Illinois 60062
Tel: +1.312.371.2308
awalner@walnerlawfirm.com
walner@walnerlawfirm.com

*Attorneys for Plaintiff*

*/s/ Scott T. Schutte*