# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WACKER DRIVE EXECUTIVE SUITES, LLC**, on behalf of itself, individually, and on behalf of all others similarly situated, <br><br> **Plaintiff,** <br><br> v. <br><br> **JONES LANG LASALLE AMERICAS (ILLINOIS), LP,** <br><br> **Defendant.** | Case No. 1:18-cv-5492 <br><br> Magistrate Judge Sunil R. Harjani |

## SECOND JOINT STATUS REPORT FOR PROPOSED CLASS CERTIFICATION BRIEFING SCHEDULE

Pursuant to the Court's May 22, 2020 Order (Dkt. No. 123), Plaintiff Wacker Drive Executive Suites, LLC ("WDES") and Defendant Jones Lang LaSalle Americas (Illinois), LP ("JLL") (collectively, "the Parties") respectfully submit the following Joint Status Report, which includes Plaintiff's and Defendant's proposed briefing schedule for Plaintiff's Reply to Defendant's Motion in Opposition to Plaintiff's Motion for Class Certification:

1. On January 31, 2020, Plaintiff filed a Motion for Class Certification. (Dkt. No. 105).

2. The Parties submitted a Joint Status Report on February 5, 2020 agreeing that Defendant's had until March 20, 2020 to file a response to Plaintiff's Motion for Class Certification. (Dkt. No. 109).

3. On March 5, 2020, the Court granted JLL's unopposed motion for leave to file an oversized 25-page brief and for a one-week extension to file on March 27, 2020 so that JLL could take the deposition of one of Plaintiff's expert, who was not available for deposition until March 18, 2020. (Dkt. No. 115).

4. On March 16, 2020, in response to COVID-19, all civil case deadlines were extended

1

by order of the Chief Judge by 21 days. (Dkt. No. 116). On March 30, 2020, civil deadlines were extended by the Chief Judge by an additional 28 days. (Dkt. No. 119). On April 24, 2020, civil deadlines were extended by the Chief Judge by an additional 28 days. (Dkt. No. 121). On May 22, 2020, this Court ordered that Defendant's response to Plaintiff's Motion for Class Certification was accordingly due on June 12, 2020. (Dkt. No. 123).

5. Defendant filed its Opposition on June 12, 2020. (Dkt. No. 125).

6. The Parties propose the following regarding Plaintiff's reply brief:

    a. Plaintiff shall file a reply by August 14, 2020.

    b. Plaintiff shall file a reply brief not to exceed 25-pages, which Defendant does not oppose.

7. WDES is requesting to file its reply by August 14, 2020 for the following reasons:

    a. JLL had 103 days to draft its response to Plaintiff's Motion for Conditional Certification.

    b. WDES intends to take the deposition of JLL's expert witness Mark J. Hosfield, who was first identified as an expert in connection with JLL's opposition to Motion for Class Certification on June 12, 2020.

8. Plaintiff shall file its response to Defendant's Motion to Exclude Proposed Expert Testimony of Dr. Robert Kaestner by August 14, 2020. JLL shall file its Reply in support by August 28, 2020.

9. JLL restates its request (made in the prior status report (Dkt. No. 109, ¶4(d)) for a hearing on Plaintiff's Motion for Class Certification after WDES files its reply brief at a date to be determined by the Court. While WDES does not oppose an oral argument/evidentiary hearing if the Court is so inclined, it does not believe an oral

argument/evidentiary hearing on its Motion for Class Certification is necessary or warranted.

10. Within fourteen (14) days of the Court's ruling on Plaintiff's Motion for Class Certification, the Parties shall provide a joint status report updating the Court on outstanding discovery needed and a proposed schedule for outstanding discovery and other deadlines going forward.

11. As several discovery issues have been postponed and/or deferred pending the Court's ruling on Class Certification, WDES anticipates several discovery items will need to be addressed, including, but not limited to, the production of lease agreements for the 15 buildings currently manages, the production of documents which indicate the number and names of JLL tenants who have moved and/or conducted remodeling of their leased space, the production of correspondence and emails from tenants pertaining to the union contractor rule, discovery from the three unions at issue in this action including Defendant's correspondence and emails with the three unions, and resolution of issues related to the custody and control over servers holding responsive documents. JLL believes that whether any additional discovery is necessary will depend on this Court's ruling on Plaintiff's Motion for Class Certification.

Dated: June 19, 2020                                    Respectfully submitted,

**WACKER DRIVE EXECUTIVE SUITES, LLC**      **JONES LANG LASALLE AMERICAS (ILLINOIS), LP**

*/s/ James B. Zouras*                                   */s/ Scott T. Schutte*
   One of Its Attorneys                              One of Its Attorneys

Ryan F. Stephan                                         Philip A. Miscimarra
James B. Zouras                                         Scott T. Schutte
Anna M. Ceragioli                                       Stephanie L. Sweitzer
STEPHAN ZOURAS, LLP                                     Kevin F. Gaffney

100 North Riverside Plaza, Suite 2150
Chicago, Illinois 60601
Tel: 312.233.1550
Fax: 312.233.1560
rstephan@stephanzouras.com
jzouras@stephanzouras.com
aceragioli@stephanzouras.com

Howard W. Foster
Matthew A. Galin
FOSTER PC
150 N. Wacker Drive, Suite 2150
Chicago, Illinois 60606
Tel: 1.312.726.1600
hfoster@fosterpc.com
mgalin@fosterpc.com

Aaron R. Walner
THE WALNER LAW FIRM LLC
555 Skokie Boulevard, Suite 250
Northbrook, Illinois 60062
Tel: 1.312.371.2308
awalner@walnerlawfirm.com
walner@walnerlawfirm.com

*Attorneys for Plaintiff*

Heather J. Nelson
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
5th Floor
Chicago, IL 60601
Tel: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@morganlewis.com
scott.schutte@morganlewis.com
stephanie.sweitzer@morganlewis.com
kevin.gaffney@morganlewis.com
heather.nelson@morganlewis.com

*Attorneys for Defendant*

# **CERTIFICATE OF SERVICE**

I certify that on the 19th day of June, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification to the following attorneys of record for Defendant:

Philip A. Miscimarra
Scott T. Schutte
Stephanie L. Sweitzer
Kevin F. Gaffney
Heather J. Nelson
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
5th Floor
Chicago, IL 60601
Tel: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@morganlewis.com
scott.schutte@morganlewis.com
stephanie.sweitzer@morganlewis.com
kevin.gaffney@morganlewis.com
heather.nelson@morganlewis.com

*Attorneys for Defendant*

/s/ Anna M. Ceragioli