# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Wacker Drive Executive Suites, LLC

                        Plaintiff,

v.                                                           Case No.: 1:18−cv−05492
                                                                        Honorable Sunil R. Harjani

Jones Lang LaSalle Americas (Illinois), LP

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 22, 2020:

      MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's reply to the Motion for Class Certification [105] is due by 8/14/2020. Plaintiff's reply shall not exceed 25 pages, which Defendant does not oppose. Plaintiff shall file its response to Defendant's Motion to Exclude Proposed Expert Testimony of Dr. Robert Kaestner by 8/14/2020. Defendant shall file its reply in support by 8/28/2020. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.