# EXHIBIT 3

Form 591
MFD IN U.S.A.

## SWORN STATEMENT FOR CONTRACTOR AND SUBCONTRACTOR TO OWNER

State of Illinois
County of Dupage

14-Sep-14

The affiant, Steve Koss being first duly sworn, on oath deposes an says that he is (1) Divison manager, Ostrander Construction Executive Suites

on the following described premises in said county, to-wit: 125 S Wacker Chicago, IL

That, for the purpose of said contract, the following persons have been contracted with, and have furnished, or are furnishing and preparing materials for, and have done or are doing labor on said improvement. That there is due and to become to due them, respectively, the amounts set opposite their names for materials or labor as stated. That this statement is made to said owner _____ for the purpose of procuring from said owner _____ (4) Partial----- Final Payment on said contract, and is a full, true and complete statement of all such persons, and of the amounts paid, due and to become due them.

(1) A member of the firm of, or officer of the corporation of naming same. If a subcontractor so state and name the contractor. (2) Name of the owner or owners (3) What the contract or subcontract is for. (4) Partial or Final Payment.

| NAME AND ADDRESS | CONTRACT FOR | AMOUNT OF CONTRACT | TOTAL PREVIOUS REQUESTS | AMOUNT OF THIS REQUEST | BALANCE TO COMPLETE |
|---|---|---|---|---|---|
| Ostrander Construction | Carpentry | $ 18,372.00 | | $ 18,372.00 | |
| Break thru Enterprises | Demo | $ 7,020.00 | | $ 7,020.00 | |
| Epic Building Group | Flooring | $ 119,900.00 | | $ 119,900.00 | |
| Schneider Acoustics, Inc | Ceilings | $ 31,100.00 | | $ 31,100.00 | |
| Professional Decorating | Painting | $ 11,510.00 | | $ 11,510.00 | |
| Prairie Service Group | HVAC | $ 4,125.00 | | $ 4,125.00 | |
| Ostrander Construction | GC/Fee | $ 24,877.00 | | $ 24,877.00 | |
| Connor Electric | Electric | $ 15,200.00 | | $ 15,200.00 | |
| Retention held | | | | | $ - |
| | | $ 232,104.00 | $ - | $ 232,104.00 | $ - |

| | | |
|---|---|---|
| AMOUNT OF ORIGINAL CONTRACT | $232,101.00 | TOTAL AMOUNT REQUESTED $232,104.00 |
| EXTRAS TO CONTRACT | $0.00 | LESS 0% RETAINED $0.00 |
| TOTAL CONTRACT AND EXTRAS | $0.00 | NET AMOUNT EARNED 232,104.00 |
| CREDITS TO CONTRACT | $0.00 | AMOUNT OF PREVIOUS PAYMENTS $0.00 |
| NET AMOUNT OF CONTRACT | $232,104.00 | AMOUNT DUE THIS PAYMENT $232,104.00 |
| | | BALANCE TO COMPLETE $0.00 |

It is understood that the total amount paid to date plus the amount requested in this application shall not exceed _100_% of the cost of work completed to date.
I agree to furnish Waivers of Lien for all materials under my contract when demanded.

Signed _____

Subscribed and sworn to before me this 14th day of September 2014

OFFICAL SEAL
EDWARD J LAMB
Notary Public - State of Illinois
My Commission Expires June 23, 2018

The above sworn statement should be obtained by the owner before each and every payment.

Notary Public

**EXHIBIT No. 4**
Witness: Mark Hosfield
Date: 7/28/2020
Stenographer: Nohemi Salazar Pitts, CSR

WACKER DRIVE_000041

# FINAL WAIVER OF LIEN

STATE OF ILLINOIS )    Gty # _____ Escrow # _____
COUNTY OF COOK )

TO WHOM IT MAY CONCERN:

WHEREAS the undersigned has been employed by **Wacker Drive Executive Suites, LLC** to furnish **General Contracting Work** for the premises known as 125 S. Wacker Dr., Suite 300, Chicago, IL 60606 of which **125 S Wacker Street Property Owner, LLC** is the owner.

The undersigned, for and in consideration of **forty-six thousand two hundred two dollars and 97/100 ($46,202.97)** Dollars, and other good and valuable considerations, the receipt whereof is hereby acknowledged, do(es) hereby waive and release any and all lien or claim of, or right to, lien, under the statutes of the State of Illinois, relating to mechanics' liens, with respect to and on said above-described premises, and the improvements thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due from the owner, on account of all labor, services, material, fixtures, apparatus or machinery, heretofore furnished, or which may be furnished at any time hereafter, by the undersigned for the above-described premises, INCLUDING EXTRAS.*

DATE August 1, 2017    COMPANY NAME: **SCHAUMBURG EXECUTIVE SUITES, LLC**
ADDRESS: **1901 North Roselle Rd. Suite 800 Schaumburg, IL 60195**

SIGNATURE AND TITLE _____ Manager

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT

---

## CONTRACTOR'S AFFIDAVIT

STATE OF ILLINOIS

COUNTY OF LAKE

TO WHOM IT MAY CONCERN:

THE UNDERSIGNED, (NAME) LARRY GROSSMAN BEING DULY SWORN, DEPOSES AND SAYS THAT HE OR SHE IS (POSITION) MANAGER OF (COMPANY NAME) SCHAUMBURG EXECUTIVE SUITES, LLC WHO IS THE CONTRACTOR FURNISHING GENERAL CONTRACTING WORK ON THE BUILDING LOCATED AT 125 S. WACKER DRIVE SUITE 300 CHICAGO, ILLINOIS 60606 OWNED BY **125 S Wacker Street Property Owner, LLC**

That the total amount of the contract including extras* is **$46,202.97** on which he or she has received payment of $.00 prior to this payment. That all waivers are true, correct and genuine and delivered unconditionally and that there is no claim either legal or equitable to defeat the validity of said waivers. That the following are the names and addresses of all parties who have furnished material or labor, or both, for said work and all parties having contracts or sub contracts for specific portions of said work or for material entering into the construction thereof and the amount due or to become due to each, and that the items mentioned include all labor and material required to complete said work according to plans and specifications:

| NAMES AND ADDRESSES | WHAT FOR | CONTRACT PRICE INCLDG EXTRAS* | AMOUNT PAID | THIS PAYMENT | BALANCE DUE |
|---|---|---|---|---|---|
| Ostrander Construction, Inc. 2001 Butterfield Rd. Suite 1120 Downers Grove, IL 60515 | Miscellaneous Contracting | $9,917.00 | 0 | $9,917.00 | 0 |
| Connor Electric Services, Inc. 649 Estes Ave. Schaumburg, IL 60193 | Electrical | $1,895.00 | 0 | $1,895.00 | 0 |
| Rex Electric & Technologies, LLC 200 W. Monroe Street Suite 1700 Chicago, IL 60606 | Electrical | $5,704.00 | 0 | $5,704.00 | 0 |
| All other materials delivered in our own trucks out of fully paid inventory | | | | | |
| TOTAL LABOR AND MATERIAL INCLUDING EXTRAS* TO COMPLETE. | | | | | |

That there are no other contracts for said work outstanding, and that there is nothing due or to become due to any person for material, labor or other work of any kind done or to be done upon or in connection with said work other than above stated.

DATE August 1, 2017    SIGNATURE: _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS 1st DAY OF August, 2017

_____
NOTARY PUBLIC

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT.

**WACKER DRIVE_000050**

## Final Waiver of Lien

STATE OF Illinois | SS | | Gty#
County of | | | Loan#

TO WHOM IT MAY CONCERN:
WHEREAS the undersigned has been employed by Schaumburg Executive Suites LLC to furnish Demo for the premises known as 125 S Wacker of which ML-AI 125 Wacker, LLC is the owner.

The undersigned, for and in consideration of ninethousandninehundredseventeen00/100
$9,917.00 Dollars, and other good and valuable considerations, the receipt whereof is hereby acknowledged, do(es) hereby waive and release any and all lien or claim of, or right to, lien, under the statutes of the State of Illinois, relating to mechanics' liens, with respect to and on said above-described premises, and the improvements thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due from the owner, on account of labor, services, material, fixtures, apparatus or machinery, heretofore furnished, or which may be furnished at any time hereafter, by the undersigned for the above-described premises.

Given under my hand and sealed this 2nd day of Mar 2016

Signature and Seal:

NOTE: All waivers must be for the full amount paid. If waiver is for a corporation, corporate name should be used, corporate seal affixed and title of officer signing waiver should be set forth; if waiver is for a partnership, the partnership name should be used, partner should sign and designate himself as partner.

## CONTRACTOR'S AFFIDAVIT

STATE OF Illinois | SS
County of |

TO WHOM IT MAY CONCERN:
THE undersigned, being duly sworn, deposes and says that he/she is Div Mgr
of the Ostrander Construction who is contractor for the Demo
work on the building located at 125 S Wacker, Chicago, IL
owned by ML-AI 125 Wacker, LLC
That the total amount of the contract including extras is $9,917.00 on which he has received payment of $0.00
prior to this payment. That all waivers are true, correct and genuine and delivered unconditionally and that there is no claim either legal or equitable to defeat the validity of said waivers. That the following are the names of all parties who have furnished material or labor, or both, for said work and all parties having contracts or sub contracts for specific portions of said work or for material entering into the construction thereof and the amount due or to become due to each, and that the items mentioned include all labor and material required to complete said work according to plans and specifications.

| NAMES | WHAT FOR | CONTRACT PRICE | AMOUNT PAID | THIS PAYMENT | BALANCE DUE |
|---|---|---|---|---|---|
| Ostrander Construction | Demo | 9,917.00 | 0.00 | 9,917.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL LABOR AND MATERIAL TO COMPLETE | | 9,917.00 | | 9,917.00 | |

That there are no other contracts for said work outstanding, and that there is nothing due or to become due to any person for material, labor or other work of any kind done or to be done upon or in connection with said work other than above stated.

OFFICIAL SEAL
SHANNON PUTNAM
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires April 27, 2019

Signed this 2nd day of Mar 2016
Signature:

Subscribed and sworn to before me this 2nd day of Mar 2016
Signature: Shannon Putnam

WACKER DRIVE_000056

# FINAL WAIVER OF LIEN

STATE OF ILLINOIS )    Gty # _____ Escrow # _____
COUNTY OF COOK )

TO WHOM IT MAY CONCERN:

WHEREAS the undersigned has been employed by **Wacker Drive Executive Suites, LLC** to furnish **General Contracting Work** for the premises known as 125 S. Wacker Dr., Suite 300, Chicago, IL 60606 of which **125 S Wacker Street Property Owner, LLC** is the owner.

    The undersigned, for and in consideration of **twenty-six thousand seven hundred ninety-five and 45/100 ($26,795.45)** Dollars, and other good and valuable considerations, the receipt whereof is hereby acknowledged, do(es) hereby waive and release any and all lien or claim of, or right to, lien, under the statutes of the State of Illinois, relating to mechanics' liens, with respect to and on said above-described premises, and the improvements thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due from the owner, on account of all labor, services, material, fixtures, apparatus or machinery, heretofore furnished, or which may be furnished at any time hereafter, by the undersigned for the above-described premises, INCLUDING EXTRAS.*

DATE August 1, 2017      COMPANY NAME: **SCHAUMBURG EXECUTIVE SUITES, LLC**
                                      ADDRESS: 1901 North Roselle Rd. Suite 800 Schaumburg, IL 60195

SIGNATURE AND TITLE _____ Manager

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT

---

## CONTRACTOR'S AFFIDAVIT

STATE OF ILLINOIS

COUNTY OF LAKE

TO WHOM IT MAY CONCERN:

THE UNDERSIGNED, (NAME) LARRY GROSSMAN BEING DULY SWORN, DEPOSES AND SAYS THAT HE OR SHE IS (POSITION) MANAGER OF (COMPANY NAME) SCHAUMBURG EXECUTIVE SUITES, LLC WHO IS THE CONTRACTOR FURNISHING GENERAL CONTRACTING WORK ON THE BUILDING LOCATED AT 125 S. WACKER DRIVE SUITE 300 CHICAGO, ILLINOIS 60606 OWNED BY **125 S Wacker Street Property Owner, LLC**

That the total amount of the contract including extras* is **$26,795.45** on which he or she has received payment of $.00 prior to this payment. That all waivers are true, correct and genuine and delivered unconditionally and that there is no claim either legal or equitable to defeat the validity of said waivers. That the following are the names and addresses of all parties who have furnished material or labor, or both, for said work and all parties having contracts or sub contracts for specific portions of said work or for material entering into the construction thereof and the amount due or to become due to each, and that the items mentioned include all labor and material required to complete said work according to plans and specifications:

| NAMES AND ADDRESSES | WHAT FOR | CONTRACT PRICE INCLDG EXTRAS* | AMOUNT PAID | THIS PAYMENT | BALANCE DUE |
|---|---|---|---|---|---|
| Earles Architects and Associates 566 W. Lake Street Suite 100 Chicago, IL 60661 | Architecture | $4,321.20 | 0 | $4,321.20 | 0 |
| Bear Construction 1501 Rohlwing Rd. Rolling Meadows, IL 60008 | Demolition, Carpentry & Drywall | $13,143.76 | 0 | $13,143.76 | 0 |
| All other materials delivered in our own trucks out of fully paid inventory | | | | | |
| TOTAL LABOR AND MATERIAL INCLUDING EXTRAS* TO COMPLETE. | | | | | |

That there are no other contracts for said work outstanding, and that there is nothing due or to become due to any person for material, labor or other work of any kind done or to be done upon or in connection with said work other than above stated.

DATE September 21, 2017

SIGNATURE: _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS 21st DAY OF September, 2017

_____
NOTARY PUBLIC

OFFICIAL SEAL
TRACI SMASON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/20/20

*EXTRAS INCLUDE BUT ARE NOT LIMITED TO CHANGE ORDERS, BOTH ORAL AND WRITTEN, TO THE CONTRACT.

WACKER DRIVE_000068