# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WACKER DRIVE EXECUTIVE SUITES, LLC**, on behalf of itself, individually, and on behalf of all others similarly situated, | |
| **Plaintiff,** | Case No. 1:18-cv-5492 |
| v. | **Magistrate Judge Sunil R. Harjani** |
| **JONES LANG LASALLE AMERICAS (ILLINOIS), LP,** | |
| **Defendant.** | |

## AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION

**To:** Philip A. Miscimarra
Scott T. Schutte
Stephanie L. Sweitzer
Kevin F. Gaffney
Heather J. Nelson
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Tel: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@moganlewis.com
scott.schutte@morganlewis.com
stephanie.sweitzer@morganlewis.com
kevin.gaffney@morganlewis.com
heather.nelson@morganlewis.com

Please take notice that, pursuant to Federal Rule of Civil Procedure 30(b)(6), counsel for Plaintiff will depose Defendant Jones Lang Lasalle Americas (Illinois) L.P.'s ("JLL's") designated representative by oral examination beginning at **9 a.m. CST on December 20, 2019** and continuing thereafter from day to day until complete. The deposition will take place before a person duly authorized to administer oaths at the offices of Morgan, Lewis, & Bockius LLP, 77 W. Wacker Drive, 5th Floor, Chicago, Illinois 60601.

For this deposition, JLL is hereby directed to designate and present any such officers, directors, managing agents, or other persons who consent to testify on its behalf as to matters known or reasonably available to Defendant concerning the following topics:

(1) How JLL earns fees from its landlord clients at the building from tenant construction (build outs);

(2) The process by which JLL checks the union cards/membership of contractors working for tenants, and what happens if a contractor does not have such cards/evidence of membership;

(3) The basis for JLL's claim, as asserted in its Motion to Dismiss, that its landlord clients have requested the union-only rule as to tenant improvements;

(4) The total amount of fees earned by JLL from its landlord clients from overseeing tenant construction projects at each building;

(5) Whether JLL imposes the union-only rule at buildings it manages in Illinois outside the Chicago Loop and if not, the reasons for not doing so;

(6) The nature of JLL's communications with the Building Owners Management Association (BOMA) about labor relations, i.e., which topics have been discussed, with whom at BOMA, and JLL's involvement in BOMA's Labor Committee, what notes exist from these meetings, the dates of the meetings;

(7) Whether the union only rule has been in effect at 180 N. LaSalle St. and 111 S. Wacker Dr. for tenant contractors and movers and the applicable time periods, and if not, the reasons it has not been in effect;

(8) Whether JLL's "competitive bidding" for construction work at the buildings, which is a service JLL offers its landlord clients, includes receiving bids from non-union contractors. If not, then how this failure to receive competitive bids from non-union contractors been communicated to landlord clients;

(9) Whether the union-only rule was in effect at the five buildings JLL no longer manages but managed during the class period;

(10) Whether JLL has discussed the union only rule with its landlord clients and if so the reasons for the rule and implications of not having it, i.e., the possibility of unions picketing the buildings;

(11) The basis for any claim by JLL that the use of union contractors is an individual choice made by each tenant; and

2

(12) Whether JLL or its landlord clients pays for tenant improvement allowances at the buildings, and whether the allowances amortized over the course of the leases plus interest.

Dated: December 2, 2019

Respectfully Submitted,

*/s/ Anna M. Ceragioli*
James B. Zouras
Ryan F. Stephan
Anna M. Ceragioli
Stephan Zouras, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312-233-1550
312-233-1560 f
jzouras@stephanzouras.com
rstephan@stephanzouras.com
aceragioli@stephanzouras.com

Howard Foster
Matthew Galin
FOSTER PC
150 N. Wacker Dr.
Suite 2150
Chicago, IL 60606
(312) 726-1600
hfoster@fosterpc.com
mgalin@fosterpc.com

Aaron Walner
THE WALNER LAW FIRM LLC
555 Skokie Boulevard, Suite 250
Northbrook, Illinois 60062
Tel: (312) 371-2308
awalner@walnerlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

3