# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Wacker Drive Executive Suites, LLC

                      Plaintiff,

v.                                                     Case No.: 1:18–cv–05492

                                                          Honorable Sunil R. Harjani

Jones Lang LaSalle Americas (Illinois), LP

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 2, 2020:

       MINUTE entry before the Honorable Sunil R. Harjani: Status hearing held and continued to 10/22/20 at 1:30 p.m. Joint status report with an updated discovery plan, as a result of the Court's guidance and discussion with the parties, is due 10/20/20. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.