## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Wacker Drive Executive Suites, LLC

                                      Plaintiff,

v.                                                                                          Case No.: 1:18−cv−05492
                                                                                         Honorable Sunil R. Harjani

Jones Lang LaSalle Americas (Illinois), LP

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 29, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's Unopposed Motion to Set ESI Completion Deadline [160] is granted. Defendant shall produce all responsive, non−privileged documents from the Initial Agreed Review Set by February 24, 2021. The February 24, 2020 joint status report date shall be reset to March 3, 2021. Parties shall indicate in the March 3, 2021 joint status report whether the Parties intend to file any motions regarding the ESI document production. Status hearing currently set for March 2, 2021 is stricken and reset to March 9, 2021 at 9:15 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.