UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Wacker Drive Executive Suites, LLC
                                Plaintiff,

v.                                          Case No.: 1:18–cv–05492
                                                 Honorable Sunil R. Harjani

Jones Lang LaSalle Americas (Illinois), LP
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 11, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing held and continued to 6/24/2021 at 9:15 a.m. by telephone. The call–in number is (888) 684–8852 and the access code is 7354516. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. By 6/22/2021, the parties shall file a joint status report with an update on depositions that have been completed and a schedule for any remaining depositions. All depositions relevant to the commonality issue for class certification shall be completed by 7/28/2021. Plaintiff is authorized to take the depositions of the five JLL witnesses identified at the status conference as well as the depositions of one witness from each of the three Unions. Each of these depositions shall be conducted via videoconference and be limited to 2.5 hours. After completing the depositions of the five JLL witnesses, Plaintiff may promptly file a motion seek leaving to conduct an additional 30(b)(6) deposition of JLL if good cause can be demonstrated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.