THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WACKER DRIVE EXECUTIVE SUITES, LLC,** on behalf of itself, individually, and on behalf of all others similarly situated,<br><br>     **Plaintiff,**<br><br> v.<br><br>**JONES LANG LASALLE AMERICAS (ILLINOIS), LP,**<br><br>     **Defendant.** | Case No. 1:18-cv-5492<br><br>Hon. Judge Sunil R. Harjani |

## JOINT STATUS REPORT

Pursuant to the Court's April 7, 2022 order (Dkt No. 196), Plaintiff Wacker Drive Executive Suites, LLC ("Plaintiff") and Defendant Jones Lang LaSalle Americas (Illinois), LP ("JLL") (collectively, "the parties") respectfully submit this Joint Status Report:

1. On April 7, 2022 the Court denied Plaintiff's motion for class certification. (Dkt. No. 196). Plaintiff did not seek leave to file an interlocutory appeal under Federal Rule of Civil Procedure 23(f). The Court ordered the parties to submit a joint status report advising the Court on proposed next steps, including whether the parties wished to engage in settlement discussions to resolve Plaintiff's individual claims. (*Id*.). The Court further directed the parties to meet and confer regarding issues related to the possible applicability of the primary jurisdiction doctrine to this case. (*Id*.).

2. **Settlement:** The parties have engaged in settlement talks but have not reached a resolution. The parties believe that a referral to another Magistrate Judge would help facilitate those discussions.

3. **Primary Jurisdiction Doctrine:** Plaintiff's counsel is also counsel to plaintiff in the case captioned *Goddess and Baker Wacker L.L.C. v. Sterling Bay Companies, L.L.C.*,

referenced in the Court's April 7, 2022 order (*see* Dkt. No. 196). On April 12, 2022, Plaintiff's counsel advised JLL's counsel that the National Labor Relations Board ("NLRB") issued a determination that the "evidence in that [*Goddess and Baker*] case was insufficient to prove that the events complained of in [the] charge occurred within 6 months before the filing and service of the instant charge" and, accordingly, "Section 10(b)" of the NLRA barred further proceedings on the charge with the NLRB. *See also Goddess and Baker*, Case No. 1:21-cv-01597, Dkt. No. 43 (Apr. 12, 2022 Joint Status Report) ¶¶ 3-8. Here, as Plaintiff's claims relate to events that also occurred well over six-months ago, the NLRB likely would determine that it is time-barred from proceeding with a charge in this case. *See* Dkt. No. 76 (Amended Compl.) ¶ 18 (Plaintiff's tenancy in a JLL-managed building ended in December 2017).

4. **Next Steps:**

    a. <u>Plaintiff's Position</u>: Plaintiff proposes that the Court set a date by which to advise it of the status of settlement in 45-60 days.

    b. <u>Defendant's Position</u>: While JLL will continue to engage in settlement discussions, JLL submits that the parties are sufficiently far apart that the Court should (i) set a briefing schedule for dispositive motions and *Daubert* motions; and (ii) set a trial date for Plaintiff's individual claim.

Dated: April 29, 2022                                      Respectfully submitted,

| **WACKER DRIVE EXECUTIVE SUITES, LLC** | **JONES LANG LASALLE AMERICAS (ILLINOIS), LP** |
|---|---|
| */s/ Anna M. Ceragioli* <br>    One of Its Attorneys | */s/ Scott T. Schutte* <br>    One of Its Attorneys |
| Ryan F. Stephan <br> James B. Zouras | Philip A. Miscimarra <br> Scott T. Schutte |

Anna M. Ceragioli
STEPHAN ZOURAS, LLP
100 North Riverside Plaza, Suite 2150
Chicago, Illinois 60606
Tel: 312.233.1550
Fax: 312.233.1560
rstephan@stephanzouras.com
jzouras@stephanzouras.com
aceragioli@stephanzouras.com

Howard W. Foster
FOSTER PC
10 S. Riverside Pl., Suite 875
Chicago, Illinois 60606
Tel: 1.312.726.1600
hfoster@fosterpc.com

Aaron R. Walner
THE WALNER LAW FIRM LLC
555 Skokie Boulevard, Suite 250
Northbrook, Illinois 60062
Tel: 1.312.371.2308
awalner@walnerlawfirm.com
walner@walnerlawfirm.com

*Attorneys for Plaintiff*

Stephanie L. Sweitzer
Kevin F. Gaffney
Heather J. Nelson
Elizabeth K. Philipp
MORGAN, LEWIS & BOCKIUS LLP
100 N. Wacker Drive, Suite 2800
Chicago, IL 60606
Tel: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@morganlewis.com
scott.schutte@morganlewis.com
stephanie.sweitzer@morganlewis.com
kevin.gaffney@morganlewis.com
heather.nelson@morganlewis.com
elizabeth.philipp@morganlewis.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on the 29th day of April 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification to the following attorneys of record for Defendant:

>Philip A. Miscimarra
>Scott T. Schutte
>Stephanie L. Sweitzer
>Kevin F. Gaffney
>Heather J. Nelson
>Elizabeth K. Philipp
>MORGAN, LEWIS & BOCKIUS LLP
>100 N. Wacker Drive, Suite 2800
>Chicago, IL 60601
>Tel: 312.324.1000
>Fax: 312.324.1001
>philip.miscimarra@morganlewis.com
>scott.schutte@morganlewis.com
>stephanie.sweitzer@morganlewis.com
>kevin.gaffney@morganlewis.com
>heather.nelson@morganlewis.com
>elizabeth.philipp@morganlewis.com
>
>*Attorneys for Defendant*

>*/s/ Anna M. Ceragioli*