THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WACKER DRIVE EXECUTIVE SUITES, LLC**, on behalf of itself, individually, and on behalf of all others similarly situated,<br><br>     **Plaintiff,**<br> v.<br><br>**JONES LANG LASALLE AMERICAS (ILLINOIS), LP,**<br><br>     **Defendant.** | Case No. 1:18-cv-5492<br><br>Magistrate Judge Sunil R. Harjani |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Plaintiff Wacker Drive Executive Suites, LLC ("Plaintiff"), by and through its attorneys, and Defendant Jones Lang LaSalle Americas (Illinois), LP ("Defendant"), by and through its attorneys, hereby submit the following stipulation of dismissal, pursuant to Rule 41(a)(1)(A)(ii). In support thereof, the parties state the following:

1. Plaintiff filed this lawsuit against Defendant on August 13, 2018. (Dkt. No. 1).

2. On June 3, 2022, Plaintiff and Defendant reached a settlement through a mediation conference before the Hon. M. David Weisman, U.S. Magistrate Judge. (Dkt. No. 205).

3. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows for a plaintiff to dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared.

4. The parties hereby stipulate that this action should be dismissed in its entirety, with prejudice.

1

5. Both parties agree to bear their own fees and costs associated with this voluntary dismissal.

Dated: July 7, 2022

Respectfully submitted,

| | |
|---|---|
| **WACKER DRIVE EXECUTIVE SUITES, LLC** | **JONES LANG LASALLE AMERICAS (ILLINOIS), LP** |
| */s/ Anna M. Ceragioli*<br>    One of Its Attorneys | */s/ Kevin F. Gaffney*<br>    One of Its Attorneys |
| Ryan F. Stephan<br>James B. Zouras<br>Anna M. Ceragioli<br>STEPHAN ZOURAS, LLP<br>100 North Riverside Plaza, Suite 2150<br>Chicago, Illinois 60606<br>Tel: 312.233.1550<br>Fax: 312.233.1560<br>rstephan@stephanzouras.com<br>jzouras@stephanzouras.com<br>aceragioli@stephanzouras.com<br><br>Howard W. Foster<br>FOSTER PC<br>10 S. Riverside Pl., Suite 875<br>Chicago, Illinois 60606<br>Tel: 1.312.726.1600<br>hfoster@fosterpc.com<br><br>Aaron R. Walner<br>THE WALNER LAW FIRM LLC<br>555 Skokie Boulevard, Suite 250<br>Northbrook, Illinois 60062<br>Tel: 1.312.371.2308<br>awalner@walnerlawfirm.com<br>walner@walnerlawfirm.com<br><br>*Attorneys for Plaintiff* | Philip A. Miscimarra<br>Scott T. Schutte<br>Stephanie L. Sweitzer<br>Kevin F. Gaffney<br>Heather J. Nelson<br>Elizabeth K. Philipp<br>MORGAN, LEWIS & BOCKIUS LLP<br>100 N. Wacker Drive, Suite 2800<br>Chicago, IL 60606<br>Tel: 312.324.1000<br>Fax: 312.324.1001<br>philip.miscimarra@morganlewis.com<br>scott.schutte@morganlewis.com<br>stephanie.sweitzer@morganlewis.com<br>kevin.gaffney@morganlewis.com<br>heather.nelson@morganlewis.com<br>elizabeth.philipp@morganlewis.com<br><br> *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I certify that on July 7, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification to the following attorneys of record for Defendant:

Philip A. Miscimarra
Scott T. Schutte
Stephanie L. Sweitzer
Kevin F. Gaffney
Heather J. Nelson
Elizabeth K. Philipp
**Morgan, Lewis & Bockius LLP**
100 N. Wacker Drive, Suite 2800
Chicago, IL 60606
Tel: 312.324.1000
Fax: 312.324.1001
philip.miscimarra@morganlewis.com
scott.schutte@morganlewis.com
stephanie.sweitzer@morganlewis.com
kevin.gaffney@morganlewis.com
heather.nelson@morganlewis.com
elizabeth.philipp@morganlewis.com

                                                                    */s/ Anna Ceragioli*