## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Wacker Drive Executive Suites, LLC

                        Plaintiff,

v.                                                    Case No.: 1:18−cv−05492

                                                                     Honorable Sunil R. Harjani

Jones Lang LaSalle Americas (Illinois), LP

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 8, 2022:

      MINUTE entry before the Honorable Sunil R. Harjani: In light of the Stipulation of Voluntary Dismissal [207], this case is hereby dismissed with prejudice and each side shall bear their own fees and costs. All pending deadlines are stricken. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.